United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2004 JUN -4 P 4: 48
U.S. DISTRICT COURT
DISTRICT OF MASS

Plaintiff: Boyd Fulton

v.

Defendant: Town of Hull

## Complaint:

1. The Employer has unilaterally altered terms and conditions of employment for members of the Charging Party's Bargaining unit with respect to work load, scheduling practices, documentation practices, and vacation practices, without first providing the charging party with an opportunity to bargain in good faith over those changes.

2. The Defendant Resides in the United States

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

5. Payment of wages from the period of 24-7 employment due on 6-6-2002 and Benefits are due MGL 149 & 150H
455 CMR 2.03 IH

6. The Terms and conditions presented by the town of Hull Human Resources Department are made in violation of MGL c 151B.

7. The Plaintiff Demands Payment of Wages and Benifits Witheld to date and Return to Seniority of employment.

Boyd Fulton

Ex. "H"



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL
200 PORTLAND STREET
BOSTON, MASSACHUSETTS 02114

TOM REILLY
ATTORNEY GENERAL

U.S. DISTRICT COURT
DISTRICT OF MASS

(617) 727-2200
www.ago.state.ma.us

October 21, 2002

Boyd Fulton
119 Hampton Circle
Hull, MA 02045

RE: Town of Hull

Dear Mr. Fulton:

Thank you for filing a complaint with the Office of the Attorney General, Fair Labor and Business Practices Division.

This letter is to inform you that we have carefully reviewed your complaint and determined that the proper resolution of this matter may be through a private suit in civil court.

Massachusetts General Laws chapter 149, § 150, and chapter 151, §§ 1B and 20 establish a private right of action for employees who believe they are victims of certain violations of the state wage laws. If you elect to sue in civil court, you may obtain treble damages and reasonable attorneys' fees following a ninety-day waiting period after filing a complaint with the Attorney General's Office. Permission to proceed civilly prior to the expiration of the ninety-day period must be granted in writing by the Attorney General's Office.

Without making a judgement on the merits of your complaint, this correspondence hereby grants you the authority to pursue this matter privately in accordance with Massachusetts General Laws chapters 149 and 151. This office will not take further enforcement action.

Thank you for your attention to this matter.

Sincerely,

Michael M. Guarin
Inspector
Fair Labor and Business Practices Division
(617) 727 - 2200, extension 3245

MMG