AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | MASSACHUSETTS |

FILED
2004 OCT -4  P 3: 55
U.S. DISTRICT COURT
DISTRICT OF MASS

## APPEARANCE

BOYD FULTON,
  Plaintiff

v.

TOWN OF HULL, MASSACHUSETTS,
  Defendant

Case Number: 2004 CV 11234 MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF BOYD FULTON

I certify that I am admitted to practice in this court.

10/4/04
Date

_(signature)_
Signature

Mark D. Stern    479500
Print Name    Bar Number

34 Liberty Avenue
Address

Somerville   MA   02144
City   State   Zip Code

(617) 776-4020   (617) 776-9250
Phone Number   Fax Number