UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 2004 CV 11234 MEL

BOYD FULTON, )
       Plaintiff )
)
VS. )
)
TOWN OF HULL, )
MASSACHUSETTS )
       Defendant )
)

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Town of Hull, Massachusetts, defendant in the above captioned matter.

Date: 12/13/04

Respectfully submitted,
Town of Hull,
By its Town Counsel,

JAMES B. LAMPKE, ESQ.
BBO NO. 284280
TOWN COUNSEL-TOWN OF HULL
115 NORTH STREET
HINGHAM, MA 02043
781-749-9922

### Certificate of Service

I, James B. Lampke, Esq., certify that I have this day served a copy of the within **Notice of Appearance** on the plaintiff by mailing a copy of same to his attorney of record, Mark D. Stern, Esq., 34 Liberty Avenue, Somerville, MA 02144.

Date: December 13, 2004

James B. Lampke

hwydept