UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOYD FULTON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF HULL, MASSACHUSETTS,<br>    Defendant | Civil Action No.2004 CV 11234<br>MEL |

### PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

I certify that I have conferred with my attorney regarding the costs of litigation and the possible resolution of this litigation through the use of an alternative dispute resolution program. We have also conferred regarding the possibility of settlement of this dispute and I understand that my attorney will continue these discussions on my behalf.

_____
Boyd Fulton
Plaintiff

Date: 12.30 2004

_____
Mark D. Stern
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2005, I served a copy of the above document on the defendant by mailing a copy, first class, postage prepaid to:

James B. Lampke
115 North Street
Hingham, MA 02043

_____
Mark D. Stern