UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED*
2005 JAN 21 P 12: 53
U.S. DISTRICT
DISTRICT OF MASS

Civil Action No. 2004 CV 11234

|  |  |
|---|---|
| BOYD FULTON, | ) |
|      Plaintiff | ) |
|  | ) |
| VS. | ) |
|  | ) |
| TOWN OF HULL, | ) |
| MASSACHUSETTS | ) |
|      Defendants | ) |
|  | ) |

## CERTIFICATE OF CLIENT CONSULTATION
### (PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Defendant Town of Hull hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course and various alternative courses of the litigation; and (2) the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Christopher McCabe, Town Manager
Town of Hull

_____
JAMES B. LAMPKE, ESQ.
BBO NO. 284280
TOWN COUNSEL-TOWN OF HULL
115 NORTH STREET
HINGHAM, MA 02043
781-749-9922

Dated: _____1-18-05_____

hwydept