UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOYD FULTON,
    Plaintiff

v.

TOWN OF HULL, MASSACHUSETTS,
    Defendant

Civil Action No. 2004 CV 11234 MEL

## ASSENTED-TO MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff and hereby requests that this Honorable Court grant him leave to file a Second Amended Complaint, which has today been mailed for filing with the Clerk. As grounds therefor, the Plaintiff says that he brings Second Amended Complaint to correct certain typographical errors and to correct certain of his allegations to conform with the facts now known to him.

PLAINTIFF, By his Attorney,

Mark D. Stern, BBO #479500
Mark D. Stern, P.C.
34 Liberty Avenue
Somerville, MA 02144
Tel. (617) 776-4020
Fax (617) 776-9250
email: markdsternpc@rcn.com

Dated: January 26, 2005

Assented to:

James B. Lampke, BBO #284280
Town Counsel – Town of Hull
115 North Street
Hingham, MA 02043
Tel. (781) 749-9922
Fax (781) 749 9923

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, I served a copy of the above document on the defendant by mailing a copy, first class, postage prepaid to:

        James B. Lampke
        Town Counsel, Town of Hull
        115 North Street
        Hingham, MA 02043

        _____
        Mark D. Stern