UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOYD FULTON,<br>Plaintiff<br><br>v.<br><br>TOWN OF HULL, MASSACHUSETTS,<br>Defendant | Civil Action No. 2004 CV 11234 MEL |

FILED
IN CLERK'S OFFICE
2005 MAR 24  A 6: 02
U.S. DISTRICT COURT
DISTRICT OF MASS

## ANSWER TO COUNTERCLAIM

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Neither admitted or denied as it calls for a conclusion of law.

6. Admitted in part and denied in part. Mr. Fulton left all such items in his two unlocked lockers on Town property. When he returned to Town property to get the items and turn them in, he was denied access by Pat Petrelli. The items remain on Town property and the Town has at all relevant times had access to the same. His Counsel has made several attempts to advise Defendant's Counsel to said effect and, if necessary, to arrange for Mr. Fulton to be admitted to Town property to obtain the items and deliver them to whomever the Town desires.

7. Denied.

8. Denied.

9. Admitted.

10.  Denied.

                              PLAINTIFF,
                              By his Attorney,

Mark D. Stern, BBO #479500
Mark D. Stern, P.C.
34 Liberty Avenue
Somerville, MA 02144
Tel. (617) 776-4020
Fax (617) 776-9250
email:markdsternpc@rcn.com

Dated: March 22, 2005

## CERTIFICATE OF SERVICE

I Mark Stern swear that I have caused to be delivered on the date indicated above by regular course of mail, postage prepaid, a copy of the above document to James B. Lampke, 115 North Street, Hingham, MA 02043.

Signed
Mark D. Stern

8