UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOYD FULTON,
   Plaintiff

v.

TOWN OF HULL, MASSACHUSETTS,
   Defendant

Civil Action No. 2004 CV 11234 MEL

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Boyd Fulton moves this Honorable Court for Partial Summary Judgment on Counts III and IV of his complaint, and for an award of multiples of unpaid vacation pay and "on-call" pay at time and one half, and costs including reasonable attorney's fees to be determined after allowance of this motion thereunder.

In support thereof the Plaintiff incorporates by reference the Affidavit of Boyd Fulton, Statement of Undisputed Material Facts, and Memorandum of Law.

                          PLAINTIFF,
                          By his Attorney,

                          Mark D. Stern, BBO #479500
                          Mark D. Stern, P.C.
                          34 Liberty Avenue
                          Somerville, MA 02144
                          Tel. (617) 776-4020
                          Fax (617) 776-9250
                          email:markdsternpc@rcn.com

Dated: May 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the above document on the defendant by mailing a copy, first class, postage prepaid to:

>James B. Lampke
>Town Counsel, Town of Hull
>115 North Street
>Hingham, MA 02043

_____
Mark D. Stern