UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 2004 CV 11234 MEL

|  |  |
|---|---|
| BOYD FULTON,<br>         Plaintiff<br><br>VS.<br><br>TOWN OF HULL,<br>MASSACHUSETTS<br>         Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR DEFENDANT TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the defendant Town of Hull (Town) and respectfully moves with the assent of the defendant that the time by which it is to file its reply to the plaintiff's Motion for Partial Summary Judgment be extended, nunc pro tunc, through June 8, 2006.

The Town assigns among its reasons the fact that it is carefully reviewing the issues raised in the motion and due to the press of other governmental business, additional time is needed. This request is made in good faith and not for dilatory reasons. The request is assented to by the plaintiff.

|  |  |
|---|---|
| June 2, 2006<br>Assented to:<br>Boyd Fulton, Plaintiff<br>By his Attorney,<br>S/ *Mark D. Stern*<br>MARK D. STERN, ESQ.<br>BBO NO. 479500<br>34 Liberty Avenue<br>Somerville, MA  02144.<br>781-776-4020 | Respectfully submitted,<br>Town of Hull,<br>By its Town Counsel,<br>S/ *James B. Lampke*<br>JAMES B. LAMPKE, ESQ.<br>BBO NO. 284280<br>TOWN COUNSEL-TOWN OF HULL<br>115 NORTH STREET<br>HINGHAM, MA  02043<br>781-749-9922 |

1

Certificate of Service

    I, James B. Lampke, Esq., certify that I have this day served a copy of the within document on the plaintiff by mailing a copy of same to his attorney of record, Mark D. Stern, Esq., 34 Liberty Avenue, Somerville, MA 02144.

Date: June 2, 2006　　　　　　　　　　　*James B. Lampke*
　　　　　　　　　　　　　　　　　　　James B. Lampke