NOTE

CERTIFIED WEATHER REPORT UNABLE TO BE SCANNED.  IT WILL BE MAILED IN.