UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 2004 CV 11234
MEL

|  |  |
|---|---|
| BOYD FULTON,<br>    Plaintiff<br><br>VS.<br><br>TOWN OF HULL,<br>MASSACHUSETTS<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT TOWN OF HULL'S RULE 68 OFFER OF JUDGMENT

Now comes the defendant Town of Hull (Town) and pursuant to Rule 68 of the Federal Rules of Civil Procedure herewith makes an Offer of Judgment in the amount of $1,872.00.

Said Offer of Judgment is made with full reservation of all rights and remedies and is not made as an admission of liability but rather is made in a conciliatory effort to resolve this disputed matter and is an offer in settlement.

Furthermore, said Offer of Judgment is made without waiving the counterclaim the Town has against the plaintiff, the value of which is to be deducted from the within Offer of Judgment.

June 8, 2006

Respectfully submitted,
Town of Hull,
By its Town Counsel,
S/ *James B. Lampke*
JAMES B. LAMPKE, ESQ.
BBO NO. 284280
TOWN COUNSEL-TOWN OF HULL
115 NORTH STREET
HINGHAM, MA 02043
781-749-9922

Certificate of Service

I, James B. Lampke, Esq., certify that I have this day served a copy of the within document on the plaintiff by mailing/emailing a copy of same to his attorney of record, Mark D. Stern, Esq., 34 Liberty Avenue, Somerville, MA 02144.

Date: June 8, 2006

*James B. Lampke*
James B. Lampke