

# TOWN OF HULL
## LAW DEPARTMENT
### JAMES B. LAMPKE, ESQ.
### TOWN COUNSEL

dir. (781) 749-9922

fax (781) 749-9923

jlampke@town.hull.ma.us



America's 1st Lighthouse
Boston Light
Hull, MA circa 1900

~~INTRA/INTER DEPARTMENTAL MEMO
REGARDING POLICY FORMULATION,
NOT A PUBLIC RECORD FOR WHICH DISCLOSURE IS MANDATED;
PROPER SUBJECT FOR EXECUTIVE SESSION
ATTORNEY-CLIENT PRIVILEGED MATERIAL~~

<><><><><><><><><><><><><><><><><><><><><><><><><><><>

TO: George Howarth, Courtroom Clerk/ECF, Judge Lasker
FROM: James B. Lampke, Esq., Town Counsel
RE: Fulton v. Town of Hull, 04-cv-11234MEL
DATE: June 30, 2006
PAGES: 1 (Including this cover sheet/first page)

I am writing to follow up on our conversations regarding the hearing presently scheduled for partial summary judgment on the above matter for Wednesday, July 5, 2006 at 10:00 a.m.

As I explained, I have another hearing which has been scheduled for some time at that date and time and would, with the kind permission of the plaintiff's attorney, like to have this hearing re-scheduled.

As you suggested, I spoke to Mark D. Stern, Esq., plaintiff's attorney, about some of the dates you indicated were available.

Mr. Stern and I are both available for Tuesday, July 11, 2006 at 9:30 a.m. and I would appreciate the hearing being re-scheduled to that date and time.

If there is any problem or if anything further is required, please do not hesitate to let me know.

Thank you for your courtesy and cooperation in this matter.

Cc: Mark D. Stern, Esq.

1