

*Town of Hull*



**TOWN COUNSEL**
JAMES B. LAMPKE, Esq.

FILED
CLERKS OFF

2006 JUL 10   MUNICIPAL BUILDING
HULL, MASSACHUSETTS 02045
(781) 749-9922
U.S. DISTRICT COURT   FAX (781) 749-9923
DISTRICT OF MASS.

July 7, 2006

United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**RE:   Fulton v. Hull**
**CA No. 2004CV11234  MEL**

Dear Sir/Madam:

Enclosed for filing in the above captioned matter please find a copy of a weather certification, which is to go with the previously electronically filed Opposition of the Town to the Plaintiff's Motion for Partial Summary Judgment and Statement of Facts.

I was not able to scan this document in at the time I sent in the Town's response to the plaintiff's recent filing and indicated that I would mail it in. Mr. Stern, plaintiff's counsel, advised me today that he did not receive this document yet which causes me to be concerned that perhaps it had not been sent in to the court. I faxed Mr. Stern a copy of it, but wanted to be sure that the Court had a copy as well.

This matter is on for a motion hearing for Tuesday, July 11, 2006 at noon.

If you wish to discuss this matter in the meantime, I can be reached at **115 North Street, Hingham, MA 02043, telephone 781-749-9922, fax 781-749-9923**.

Thank you for your courtesy and cooperation.

Very truly yours,

JAMES B. LAMPKE
TOWN COUNSEL

JBL/l
Encls.

cc:   Mark D. Stern, Esq.

# New England Weather Science
### Weather Forecasting
### Certified Statements - Consulting

15 Summit Avenue
Hull, MA 02045

*ROB GILMAN*, Meteorologist

781-925-2210   781-925-8525
www.snowandice.com
Automated Voice Fax
781-925-2210

March 04, 2005

Jim Lampke, Esquire
Town Counsel - Town of Hull
115 North Street
Hingham, MA  02043                    File: Fulton v. Hull

Dear Jim Lampke,

In honor of your request, I am stating specific weather
conditions for the vicinity of Hull MA, recorded on November
1st, 2001 through April 30th, 2002.  Reports are based on our New
England network of observers, including **Hull, Boston and Hingham MA.**

The season brought 15.1", 64% below the climatological normal. Following is a
listing of dates with snowfall:

```
Dec.  8-9     4.3"
      17      0.7

Jan.  7-8     1.1
      13      0.5
      19-20   5.5
      31-1    0.8

Feb.  10-11   0.2
      27      0.3

Mar.  20      1.1
      25      0.3

Apr.  5-6     0.3
```

CERTIFIED WEATHER STATEMENT

Robert Gilman