UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOYD FULTON,<br>　　　Plaintiff<br><br>v.<br><br>TOWN OF HULL, MASSACHUSETTS,<br>　　　Defendant | Civil Action No.2004 CV 11234<br>　　　　　　　　　　MEL |

**ATTORNEY'S CERTIFICATION**

　　I hereby certify that I have conferred with the Attorney for the Defendant Town of Hull in regard to the Plaintiff's <u>Motion For an Award of Attorneys' Fees For Having Achieved Partial Summary Judgment</u>.  As said certification occurred subsequent to the filing of the motion, I have agreed to extend Defendant's time for responding thereto to October 2, 2006.

　　　　　　　　　　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　　　　　　By his Attorney,

　　　　　　　　　　　　　　　　　　　　　*Mark D. Stern*

　　　　　　　　　　　　　　　　　　　　　Mark D. Stern, BBO #479500
　　　　　　　　　　　　　　　　　　　　　Mark D. Stern, P.C.
　　　　　　　　　　　　　　　　　　　　　34 Liberty Avenue
　　　　　　　　　　　　　　　　　　　　　Somerville, MA 02144
　　　　　　　　　　　　　　　　　　　　　Tel. (617) 776-4020
　　　　　　　　　　　　　　　　　　　　　Fax  (617) 776-9250
　　　　　　　　　　　　　　　　　　　　　email:markdsternpc@rcn.com

Dated: September 14, 2006