UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOYD FULTON )<br>  )<br>  Plaintiff )<br>  )<br>VS. )<br>  )<br>THE TOWN OF HULL, MASSACHUSETTS )<br>  )<br>  Defendant )<br>_____) | NO. 2004-CV-11234MEL |

**ASSENTED TO MOTION TO EXTEND TIME FOR
FILING OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES**

Now comes the defendant in the above captioned matter, with the assent of plaintiff, and hereby moves that the time for the defendant to file a response to the Plaintiff's Motion for Attorneys Fees be extended to October 2, 2006.   Additional time is needed to formulate said response and the parties have recently discussed possible settlement.

　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　For the Said Defendant,

　　　　　　　　　　　　　　　　　　　*s/James B. Lampke*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES B. LAMPKE, ESQ.
　　　　　　　　　　　　　　　　　　　TOWN COUNSEL-TOWN OF HULL
Assented to:　　　　　　　　　　　　　　BBO #284280
Plaintiff Boyd Fulton, by　　　　　　　　115 North Street
　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
s/ *Mark D. Stern*　　　　　　　　　　　781-749-9922
MARK D. STERN, ESQ.
MARK D. STERN, P.C.
34 Liberty Street
Somerville, MA 02144　　　　　　　　Date: September 19, 2006
617-776-4020

Date: September 19, 2006

Certificate of Service

    I, James B. Lampke, Esq., Town Counsel, Town of Hull, hereby certify that I have this date served a copy of the within **document** electronically to Mark D. Stern, Esq., Mark D. Stern, P.C., 34 Liberty Street, Somerville, MA 02144.
.

Date: September 19, 2006            *James B. Lampke*
                                                James B. Lampke

hull.fulton