Exhibit A could not be put in a pdf format, it has been mailed to the court with the original of the Affidavit and a copy mailed to opposing counsel

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com