# Mark D. Stern, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

October 16, 2006

Civil Clerk George Howarth
United States District Court
   for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Room 1300
Boston, MA 02210

      Re: Fulton v. Town of Hull
         Docket No. 2004 CV 11234 MEL

Dear Mr. Howarth:

    I enclose for filing <u>Affidavit of Mark D. Stern</u> In Reply to Defendant's Opposition regarding Plaintiff motion for attorney's fees. Pursuant to the Local Rules, I have spoke to Mr. Lampke, the attorney for Defendant and he assents to my filing this document with the Court.

                                Cordially,

                                Mark D. Stern

cc: James B. Lampke
    Boyd Fulton