UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOYD FULTON,
     Plaintiff

v.

TOWN OF HULL, MASSACHUSETTS,
     Defendant

Civil Action No.2004 CV 11234
MEL

**AFFIDAVIT OF MARK D.
STERN IN SUPPORT OF
SUPPLEMENTAL MOTION FOR AN AWARD OF ATTORNEYS' FEES**

    I Mark D. Stern swear under the pain and penalty of perjury that the following statements are true, accurate and complete, and known to me personally unless otherwise indicated to be known to me only on information and belief.

    1.    I am counsel for Plaintiff in the above-captioned action.

    2.  I have maintained detailed time records of the work done for my client since September 2006, and have reproduced them in a typed format in Addendum A hereto.  I have also included time spent and costs incurred since September 5, 2006.  I have reviewed  those statements and certify that they are accurate.

    Signed,


Mark D. Stern

CERTIFICATE OF SERVICE

    I hereby certify that on this date, November 15, 2006 I caused to be served a copy of the above document on the Defendant by mailing a copy, first class, postage prepaid to its attorney James B. Lampke, 115 North Street, Hingham, MA 02043

Signed:

Mark D. Stern

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com