**Mark D. Stern P.C.**                                    34 Liberty Avenue Somerville, MA  02144-2022

617 776 4020

Invoice submitted to:
Boyd Fulton
119 Hampton Circle
Hull MA 02045-2829


November 15, 2006


In Reference To: <u>Boyd Fulton v. Town of Hull, Massachusetts</u>
United States District Court/District of Massachusetts
Civil Action No. 2004 CV 11234  MEL


Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/23/2003 | ALL SLIPS ARE MARK STERN UNLESS OTHERWISE INDICATED TO BE ATTORNEY DONNA CONLEY OR PARALEGAL WORKER ELIZABETH CLEMONS<br><br>Review papers; do research and write client | 0.70<br>100.00/hr | 70.00 |
| 1/14/2004 | Extended telephone call with client; telephone call with Galen Gilbert; e-mail from Gilbert; more faxes and telephone calls with client and Gilbert | 1.40 | NO CHARGE |
| 6/11/2004 | Meeting with client and Donna Conley | 2.00 | NO CHARGE |
| 6/14/2004 | Documents from client; telephone message from client | 0.10<br>100.00/hr | 10.00 |
| 6/15/2004 | Two e-mails from Donna Conley; telephone message from client | 0.15<br>100.00/hr | 15.00 |
| 6/18/2004 | CONLEY<br>Legal research; telephone call client (RSVP) | 0.10<br>50.00/hr | 5.00 |
|  | Work with Donna Conley re: claims; telephone message to client | 0.15<br>100.00/hr | 15.00 |
| 6/20/2004 | Telephone call client | 0.05<br>100.00/hr | 5.00 |
| 6/21/2004 | CONLEY<br>Meeting with client; request personnel file and letter to Town/demand | 0.30<br>50.00/hr | 15.00 |
|  | Meeting at office with Donna Conley and client; revise draft and send letter to Hull | 0.90<br>100.00/hr | 90.00 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

| Boyd Fulton | | | Page | 2 |
|---|---|---|---|---|

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/6/2004 | Telephone call to client, left message; telephone call office of Town of Hull's counsel | 0.15<br>100.00/hr | 15.00 |
| 7/7/2004 | Personnel file from Hull and letter | 0.10<br>100.00/hr | 10.00 |
| 7/8/2004 | Review file and write to client; letter from Town | 0.40<br>100.00/hr | 40.00 |
| 7/13/2004 | Telephone call client (RSVP) and letter to client | 0.10<br>100.00/hr | 10.00 |
| 7/26/2004 | Multiple calls to client for update | 0.10<br>100.00/hr | 10.00 |
| 7/27/2004 | Telephone call client | 0.15<br>100.00/hr | 15.00 |
| 7/29/2004 | CONLEY<br>Work on Amended Complaint; legal research; review client's materials | 0.30<br>75.00/hr | 22.50 |
| 7/30/2004 | Review files from client; telephone call client, left message; work with Donna; fax and call from Civil Service (file) and telephone call to client and review of file; telephone calls to and from Civil Service Commission (Bob Smith); fax to hm | 0.75 | NO CHARGE |
| | Telephone messages to and from client | 0.05<br>100.00/hr | 5.00 |
| | CONLEY<br>Work with Mark D. Stern on review of civil service files | 0.10 | NO CHARGE |
| 8/3/2004 | Telephone calls to Civil Service persons; letter to client and review and organize files | 0.55 | NO CHARGE |
| 8/17/2004 | Review materials from client and telephone call to client, left message | 0.20 | NO CHARGE |
| 8/25/2004 | Telephone message from client; telephone message to client, reply | 0.10<br>100.00/hr | 10.00 |
| 9/1/2004 | Letters from and to client | 0.25<br>100.00/hr | 25.00 |
| 9/8/2004 | Telephone call client; review file; telephone call Donna Conley | 0.20<br>100.00/hr | 20.00 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                                        Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/10/2004 | CONLEY<br>Review personnel file and pay records; meeting with client re: federal Complaint | 1.50<br>75.00/hr | 112.50 |
|  | Client at office and telephone calls with Lampke (with Donna Conley) | 0.70<br>150.00/hr | 105.00 |
| 9/15/2004 | CONLEY<br>Revisions to Amended Complaint; review of client's synopsis | 1.50<br>75.00/hr | 112.50 |
| 9/16/2004 | Letter and agreement to client; work with Donna Conley re: claims | 0.40<br>150.00/hr | 60.00 |
|  | CONLEY<br>Memo to file re: issues of law and draft one count | 0.30<br>75.00/hr | 22.50 |
| 9/20/2004 | Review draft Complaint and notes from Donna Conley | 0.45<br>150.00/hr | 67.50 |
| 9/21/2004 | CONLEY<br>Discuss legal theories of Complaint with Mark D. Stern and revise Amended Complaint; more on revising Amended Complaint and prepare waiver of service of summons | 1.00<br>75.00/hr | 75.00 |
|  | Work on Amended Complaint and research | 1.20<br>150.00/hr | 180.00 |
| 9/22/2004 | Work on letter to Town attorney and Amended Complaint; telephone call with Fulton | 0.40<br>150.00/hr | 60.00 |
| 9/29/2004 | Telephone call client | 0.35<br>150.00/hr | 52.50 |
| 10/1/2004 | Review docket; messages for client | 0.05<br>150.00/hr | 7.50 |
| 10/3/2004 | CONLEY<br>Left message for client; e-mail to Mark D. Stern re: on call | 0.20 | NO CHARGE |
| 10/4/2004 | CONLEY<br>Revise Complaint; two telephone calls with client and Mark D. Stern; revise letter to Lampke | 1.30<br>75.00/hr | 97.50 |
|  | Telephone call client, with Donna Conley re: on call claim; research | 0.65 | NO CHARGE |
| 10/11/2004 | Correspondence to client | 0.10<br>150.00/hr | 15.00 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                                        Page     4

|            |                                                                                                                              | Hrs/Rate       | Amount     |
|------------|------------------------------------------------------------------------------------------------------------------------------|----------------|------------|
| 10/18/2004 | CONLEY<br>Letter to National Weather Service requesting snow forecasts                                                       | 0.10           | NO CHARGE  |
| 10/27/2004 | Telephone call with Attorney Lampke; research                                                                                | 0.30<br>75.00/hr | 22.50    |
| 11/1/2004  | CONLEY<br>Letter to client re: Civil Service Commission hearing                                                              | 0.10           | NO CHARGE  |
| 11/15/2004 | Telephone calls with Attorney Lampke; faxes to and from Attorney Lampke; pull out files; telephone call from client and fax  | 0.40<br>100.00/hr | 40.00   |
| 11/16/2004 | Preparation with client; Civil Service hearing; travel; letter to client                                                     | 2.50           | NO CHARGE  |
| 11/23/2004 | Client package in mail; telephone call client (RSVP); telephone call client and telephone review of papers                   | 0.45<br>100.00/hr | 45.00   |
| 11/30/2004 | Review Donna Conley's research                                                                                               | 0.10<br>150.00/hr | 15.00   |
| 12/6/2004  | Telephone call Lampke                                                                                                        | 0.05<br>150.00/hr | 7.50    |
| 12/8/2004  | Telephone call from Lampke, extend to 12/14; fax                                                                             | 0.10<br>150.00/hr | 15.00   |
| 12/14/2004 | Answer and letter from Lampke; letter to client                                                                              | 0.20<br>150.00/hr | 30.00   |
| 12/15/2004 | Review Answer and annotate Complaint                                                                                         | 0.35<br>150.00/hr | 52.50   |
| 12/16/2004 | Discuss case with Donna Conley; draft letter to Lampke; letter to client; telephone call client, left message                | 1.70<br>150.00/hr | 255.00  |
|            | CONLEY<br>Draft reply letter to Lampke re: Amended Complaint; letter to client; review Defendant's Answer                    | 1.40<br>75.00/hr | 105.00   |
| 12/20/2004 | CONLEY<br>Draft Plaintiff's Rule 16 Certification; letter to client; draft Joint Statement and Initial Disclosures           | 1.10<br>75.00/hr | 82.50    |
|            | Letter to client re: Certification and draft Joint Statement                                                                 | 0.20<br>150.00/hr | 30.00   |
| 12/21/2004 | Telephone call from client; telephone call Donna Conley; telephone call Lampke (RSVP)                                        | 0.65<br>150.00/hr | 97.50   |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

| Boyd Fulton | | | Page | 5 |
|---|---|---|---|---|

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/22/2004 | Telephone call Lampke (RSVP) and letter to him; Answer to Counterclaims | 0.55<br>150.00/hr | 82.50 |
| 12/24/2004 | Telephone call Lampke; fax from Lampke; review of file; telephone call with Donna Conley; research | 0.40<br>150.00/hr | 60.00 |
| 12/30/2004 | Notice from Court | 0.05<br>150.00/hr | 7.50 |
| 1/3/2005 | Fax from Lampke; mailing from client | 0.15<br>150.00/hr | 22.50 |
| | CONLEY<br>Review of documents from client; cover letter to Court (Local Rule 16 Certification); letter to client | 0.30<br>75.00/hr | 22.50 |
| 1/6/2005 | CONLEY<br>Telephone call with client and review of documents | 0.70<br>75.00/hr | 52.50 |
| | Telephone call with client and with Donna Conley re: her work with client | 0.20<br>150.00/hr | 30.00 |
| 1/10/2005 | Draft Initial Disclosures and Joint Statement; review of documents; letter to Lampke | 1.90<br>75.00/hr | 142.50 |
| 1/13/2005 | CONLEY<br>Work with Mark D. Stern on Joint Statement and letter to client; letter to Lampke; Settlement and Demand draft | 0.80<br>75.00/hr | 60.00 |
| | Work on letter to Lampke; telephone call to Lampke; letter to Fulton | 0.45<br>150.00/hr | 67.50 |
| 1/19/2005 | Mailing from Lampke and to client with letter; telephone call client | 0.20<br>150.00/hr | 30.00 |
| 1/24/2005 | Telephone call client; letters to Civil Service Commission and client | 0.70 | NO CHARGE |
| | Joint Statement, demand letter and letter to client and multiple phone calls and faxes | 0.70<br>150.00/hr | 105.00 |
| | CONLEY<br>Three telephone calls client and with Mark D. Stern on demand letter and Joint Statement | 2.70<br>75.00/hr | 202.50 |
| | CONLEY<br>Correspondence to Civil Service Commission | 0.10 | NO CHARGE |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

| Boyd Fulton | | | Page | 6 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| 1/25/2005 | Fax from and two telephone calls to Lampke | | 0.30<br>150.00/hr | 45.00 |
| 1/26/2005 | Work on Amended Complaint with Donna Conley | | 0.30<br>150.00/hr | 45.00 |
| | CONLEY<br>Revisions to Second Amended Complaint, Motion for Leave to File; look through and preparation for Initial Disclosure documents | | 0.70<br>75.00/hr | 52.50 |
| 1/28/2005 | Fax from client; call to him | | 0.10<br>150.00/hr | 15.00 |
| 2/2/2005 | Court; travel; review of file | | 1.65<br>150.00/hr | 247.50 |
| 2/7/2005 | Filings from Court | | 0.10<br>150.00/hr | 15.00 |
| 2/14/2005 | Order from Court | | 0.05<br>150.00/hr | 7.50 |
| 2/15/2005 | Telephone call Lampke; update and file Disclosures; do Rule 30B(6) Notice | | 0.85<br>150.00/hr | 127.50 |
| 2/25/2005 | Research; letter to Lampke | | 0.30<br>150.00/hr | 45.00 |
| 3/4/2005 | Telephone calls with Lampke; e-mail Baker and RSVP; telephone call from Baker; letters to Lampke and client | | 0.50<br>150.00/hr | 75.00 |
| 3/17/2005 | Offer of Settlement from Lampke; telephone calls to client; review file; telephone call Lampke | | 0.45<br>150.00/hr | 67.50 |
| 3/18/2005 | Letter to client; answer with copy to client; telephone call from client; call to Lampke (RSVP) | | 0.70<br>150.00/hr | 105.00 |
| 3/19/2005 | Letter and telephone calls (RSVP) to Lampke; fax from and telephone call to client (RSVP) | | 0.60<br>150.00/hr | 90.00 |
| 3/21/2005 | Telephone call with Lampke; e-mail Baker; message for Fulton; e-mail from Lampke and reply and mail to client | | 0.50<br>150.00/hr | 75.00 |
| 3/22/2005 | Answer Counterclaims and file | | 0.20<br>150.00/hr | 30.00 |
| 3/28/2005 | Fax from and letter to client; second letter to client | | 0.25<br>150.00/hr | 37.50 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                                        Page    7

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/30/2005 | Telephone calls with Lampke at office and home | 0.15<br>150.00/hr | 22.50 |
| 3/31/2005 | Telephone call with Lampke; call to client, RSVP | 0.30<br>150.00/hr | 45.00 |
| 4/1/2005 | Telephone call with Lampke; mailing form him and mailing and letter to client | 0.40<br>150.00/hr | 60.00 |
| 4/5/2005 | Messages from and to client | 0.10<br>150.00/hr | 15.00 |
| 4/11/2005 | Telephone call client re: settlement; letter to client | 0.35<br>150.00/hr | 52.50 |
| 5/6/2005 | Review fax from client; send letter to client | 0.25<br>150.00/hr | 37.50 |
| 7/21/2005 | Letter to client | 0.15<br>150.00/hr | 22.50 |
| 7/25/2005 | Letter to client; research | 0.15<br>225.00/hr | 33.75 |
| 8/3/2005 | Mail to client returned; telephone message to client | 0.15<br>150.00/hr | 22.50 |
| 8/10/2005 | Letter from and reply to client | 0.25<br>150.00/hr | 37.50 |
| 8/11/2005 | Telephone call Lampke (message) | 0.05<br>150.00/hr | 7.50 |
| 10/5/2005 | Letter to client | 0.20<br>150.00/hr | 30.00 |
| 1/12/2006 | Letter to client | 0.20<br>150.00/hr | 30.00 |
| 3/7/2006 | Letter from client and reply | 0.40<br>150.00/hr | 60.00 |
| 3/23/2006 | Letter to client | 0.30<br>150.00/hr | 45.00 |
| 4/3/2006 | Telephone call BBO for ethics opinion; review file; prepare affidavit and letter to client | 1.35<br>150.00/hr | 202.50 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                                              Page     8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/7/2006 | Telephone message from client; letter to client | 0.50<br>225.00/hr | 112.50 |
| 5/1/2006 | Letter to client | 0.20<br>225.00/hr | 45.00 |
| 5/2/2006 | Telephone call client; review agreement, affidavit and Complaint with him | 0.30<br>225.00/hr | 67.50 |
| 5/5/2006 | Affidavit from client; draft Motion and Memo; Review of Rule 56 & Local Rule; work on Statement of Undisputed Facts | 1.70<br>225.00/hr | 382.50 |
| 5/10/2006 | Prepare Memo for Summary Judgment and Motion; telephone call with Donna Conley; research | 2.35<br>225.00/hr | 528.75 |
| 5/11/2006 | E-mail from Donna Conley and reply | 0.20<br>225.00/hr | 45.00 |
| 5/12/2006 | Telephone call with Donna Conley and notes for file | 0.30<br>225.00/hr | 67.50 |
| 5/15/2006 | E-mails from Court and letter to Court; telephone call with Donna Conley; fax to Lampke | 0.60<br>225.00/hr | 135.00 |
| 5/30/2006 | Telephone call Lampke | 0.30<br>225.00/hr | 67.50 |
| 6/6/2006 | Motion to Extend Time from Lampke | 0.10<br>225.00/hr | 22.50 |
| 6/8/2006 | Review e-mails from Lampke | 0.40<br>225.00/hr | 90.00 |
| 6/9/2006 | Send client letter | 0.10<br>225.00/hr | 22.50 |
| 6/15/2006 | E-mails and research with Donna Conley | 0.35<br>225.00/hr | 78.75 |
| 6/19/2006 | CLEMONS<br>Letter to client re: hearing date/time | 0.25<br>20.00/hr | 5.00 |
|  | Order from Court; letter to client and docket | 0.15<br>450.00/hr | 67.50 |
| 6/21/2006 | E-mails from and to Lampke | 0.10<br>225.00/hr | 22.50 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

| | | Hrs/Rate | Amount |
|---|---|---|---|
| Boyd Fulton | | | Page 9 |
| 6/28/2006 | Telephone call from Lampke's office; letter to Fulton | 0.10<br>225.00/hr | 22.50 |
| | CLEMONS<br>Letter to client | 0.10<br>20.00/hr | 2.00 |
| 6/29/2006 | Telephone call with Lampke re: new dates | 0.15<br>450.00/hr | 67.50 |
| 6/30/2006 | Fax from Lampke; letter to client | 0.10<br>225.00/hr | 22.50 |
| 7/6/2006 | Motion to Reschedule; Order from Court | 0.15<br>450.00/hr | 67.50 |
| 7/7/2006 | Message from Fulton; message to him with e-mail; prepare agreement for after summary judgment hearing; telephone call with Lampke and fax from him | 2.05<br>225.00/hr | 461.25 |
| 7/10/2006 | Telephone call from Lampke's office | 0.05<br>225.00/hr | 11.25 |
| 7/11/2006 | Telephone call with Lampke; preparation for Court; calculations with Kathy Caruso; letter to client and call to Lampke (RSVP) | 1.15<br>225.00/hr | 258.75 |
| | Court and travel and preparation | 1.65<br>450.00/hr | 742.50 |
| 7/12/2006 | Research FRE; e-mail from Court; telephone call with Lampke; draft letter to client | 0.75<br>225.00/hr | 168.75 |
| 7/13/2006 | Review and revise letter to Court; telephone call/e-mail Lampke | 0.40<br>225.00/hr | 90.00 |
| 7/14/2006 | Telephone calls Lampke (4 times) | 0.10<br>225.00/hr | 22.50 |
| 7/17/2006 | Telephone call Lampke; divide draft into two letters and send to Lampke | 0.50<br>225.00/hr | 112.50 |
| 7/18/2006 | Telephone call Lampke (RSVP) and reply telephone call; review and resend e-mail; telephone call Lampke | 0.35<br>225.00/hr | 78.75 |
| 7/19/2006 | E-mail from Lampke | 0.05<br>225.00/hr | 11.25 |
| 7/20/2006 | E-mail from Court and letter to client | 0.15<br>225.00/hr | 33.75 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                   Page    10

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2006 | Telephone call from client | 0.10<br>225.00/hr | 22.50 |
| 8/23/2006 | Review Decision; telephone call with Donna Conley and send with letter to client | 0.50<br>450.00/hr | 225.00 |
| 8/27/2006 | Message from client re decision | 0.05<br>450.00/hr | 22.50 |
| 8/28/2006 | Telephone call to client; draft Mark D. Stern Affidavit; review and edit time records; reduce fees for various categories unrelated or only partially related to favorable decision; Telephone call Peg Malt | 2.55<br>450.00/hr | 1,147.50 |
| 8/29/2006 | Revise draft Mark D. Stern Affidavit; draft Fee Memorandum | 0.95<br>450.00/hr | 427.50 |
| 8/30/2006 | Telephone call Client; with Bookkeeper on expenses | 0.20<br>450.00/hr | 90.00 |
| 9/2/2006 | With Peg Malt on time records | 0.30<br>450.00/hr | 135.00 |
| 9/4/2006 | Review, correct and edit time records, Affidavit and Memo; draft motion and letter; Telephone call to Dick Bauer | 2.45<br>450.00/hr | 1,102.50 |
| 9/5/2006 | Prepare materials for filing with Court, Gather Exhibits for Affidavit, Revise Affidavit to Exhibits; Finish Addendum to Affidavit | 0.85<br>450.00/hr | 382.50 |
|  | PARALEGAL SERVICES: pdf related work for electronic service to court | 0.85<br>40.00/hr | 34.00 |
| 9/6/2006 | PARALEGAL: Telephone call Clerk re electronic filings and mailings | 0.80<br>40.00/hr | 32.00 |
| 9/7/2006 | PARALEGAL: Mailing to Lampke | 0.20<br>40.00/hr | 8.00 |
| 9/14/2006 | Telephone call to Lampke, review rules, and certification to court | 0.60<br>450.00/hr | 270.00 |
| 9/15/2006 | Telephone call from client; review files; Telephone call to Client | 0.40<br>450.00/hr | 180.00 |
| 9/20/2006 | Email from Court re Motion for Extension | 0.10<br>450.00/hr | 45.00 |
| 9/21/2006 | Telephone calls from and to Lampke (RSVP) | 0.05<br>450.00/hr | 22.50 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                                       Page      11

|            |                                                                                                                                                                                                                          | Hrs/Rate          | Amount    |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 9/26/2006  | Notice from Court                                                                                                                                                                                                        | 0.05<br>450.00/hr | 22.50     |
| 10/2/2006  | Review of Opposition                                                                                                                                                                                                     | 0.25<br>450.00/hr | 112.50    |
| 10/4/2006  | Order from Court and letter to client                                                                                                                                                                                    | 0.15<br>450.00/hr | 67.50     |
| 10/13/2006 | Further review of Opposition, research, w/ D. Conley; begin to draft counter-argument and Mark D. Stern Reply Affidavit                                                                                                  | 0.90<br>450.00/hr | 405.00    |
|            | Meeting with Mark D. Stern re reply argument to Defendant's Opposition                                                                                                                                                   | 0.30<br>150.00/hr | 45.00     |
| 10/16/2006 | Review Mark D. Stern Affidavit; letter to client; Telephone call to Clerk re reply to Defendant's Opposition                                                                                                             | 0.40<br>150.00/hr | 60.00     |
|            | Telephone call to Lampke; review and revise Mark D. Stern Affidavit; Filing with Court; Research & organize research and ideas for 11/30 argment; Telephone call Clerk re filing Affidavit, cover letter re assent; filing affidavit electronically | 1.35<br>450.00/hr | 607.50    |
|            | Letter from client and letter in reply to client                                                                                                                                                                         | 0.20<br>450.00/hr | NO CHARGE |
| 10/18/2006 | More research on legal fees and more on draft 11/30 argument                                                                                                                                                             | 1.80<br>450.00/hr | 810.00    |
| 10/19/2006 | More on legal fees 11/30 argument                                                                                                                                                                                        | 0.45<br>450.00/hr | 202.50    |
| 11/13/2006 | Prepare Draft of Supplemental Fee Application and w/ D. Conley                                                                                                                                                           | 0.65<br>450.00/hr | 292.50    |
|            | Draft Supplemental Fee Motion and Affidavit                                                                                                                                                                              | 0.70<br>150.00/hr | 105.00    |
| 11/14/2006 | Review Draft Supplemental Fee Motion and Affidavit, and revise                                                                                                                                                           | 0.20<br>450.00/hr | 90.00     |
| 11/15/2006 | Final Revisions to Supplemental Fee Motion and Affidavit, and related research                                                                                                                                           | 0.55<br>450.00/hr | 247.50    |
|            | Final Revisions to Supplemental Fee Motion and Affidavit                                                                                                                                                                 | 0.30<br>150.00/hr | 45.00     |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

Boyd Fulton                                                                                                    Page    12

|            |                                                                                                 | Hrs/Rate          | Amount      |
|------------|-------------------------------------------------------------------------------------------------|-------------------|-------------|
| 11/30/2006 | ESTIMATED TIME FOR PREPARATION OF ARGUMENT AT COURT AND ARGUMENT AT COURT ON NOVEMBER 30, 2006  | 3.50<br>450.00/hr | 1,575.00    |
|            | **For professional services rendered**                                                          | **89.75**         | **$17,628.50** |
|            | Additional Charges :                                                                            |                   |             |
| 6/4/2004   | Filing Fee paid by client                                                                       |                   | 150.00      |
| 12/1/2004  | Photocopies                                                                                     |                   | 19.95       |
|            | Postage                                                                                         |                   | 4.52        |
| 2/1/2005   | Copying costs                                                                                   |                   | 181.80      |
|            | Postage                                                                                         |                   | 28.50       |
|            | Subpoenas                                                                                       |                   | 14.65       |
| 4/1/2005   | Photocopies                                                                                     |                   | 9.60        |
|            | Postage                                                                                         |                   | 3.56        |
| 9/2/2006   | Timeslips data entry                                                                            |                   | 49.00       |
| 10/31/2006 | Copying cost in September and October                                                           |                   | 77.25       |
|            | Postage for September and October                                                               |                   | 6.79        |
|            | **Total costs**                                                                                 |                   | **$545.62** |
|            | **Total amount of this bill**                                                                   |                   | **$18,174.12** |
| 9/5/2006   | Credit for two-thirds of expenses (See Affidavit of Mark D. Stern for explanation)              |                   | ($207.72)   |
|            | **Total payments and adjustments**                                                              |                   | **($207.72)** |
|            | Balance due                                                                                     |                   | $17,966.40  |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com