# Mark D. Stern, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

April 10, 2007

Civil Clerk George Howarth
United States District Court
   for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Room 1300
Boston, MA 02210

      Re: Fulton v. Town of Hull
         Docket No. 2004 CV 11234 MEL

Dear Mr. Howarth:

    I attach letter and reply indicating assent to changing 30 days in paragraph 5 of the Agreement for Judgment to 60 days.

                              Cordially,


                              Mark D. Stern

cc:    Boyd Fulton
        James B. Lampke