# MARK D. STERN, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9260 • email: markdsternpc@rcn.com

April 5, 2007

James B. Lampke
115 North Street
Hingham, MA 02043

      Re: Boyd Fulton v. Town of Hull,
      Civil Action No. 2004 CV 11234 MEL

      By fax to 781 749 9923

Dear Jim:

I have a student starting in my office in late May and would like to have him work on my fee application; hence, I would appreciate it if you would agree to have my date for filing my application extended to 60 rather than 30 days, that is, to a date in the second or third week in June.

                Cordially,

                Mark D. Stern

*[Handwritten: 4/9/07 OK by me — Jim]*