UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| BOYD FULTON, |
| Plaintiff |
| |
| v. |
| |
| TOWN OF HULL, MASSACHUSETTS, |
| Defendant |

Civil Action No.2004 CV 11234 MEL

**PLAINTIFF'S CONSOLIDATED MOTION FOR AN ASSESSMENT OF COSTS INCLUDING REASONABLE ATTORNEY'S FEES AND INTEREST THEREON**

Boyd Fulton (the Plaintiff) moves this Honorable Court to determine the amount of costs including attorneys fees and interest thereon to be awarded his Counsel Mark D. Stern, P.C.(Mark Stern) for having prevailed on a claim for which the Plaintiff is entitled to and the Court has ordered statutorily mandated award of costs including attorneys' fees, M.G.L. c. 149, §148, and having prevailed on the remaining claims per an Agreement for Judgment approved by the Court. The amounts requested are set forth below:

| Type of Award: | Amount |
|---|---|
| Attorney's fees, as detailed in Exhibit A hereto, less fifteen percent (15%)[1] | $40,923.67 |
| Costs incurred by Counsel's Office on Plaintiff's behalf[2] | $678.19 |
| Total | $41,601.86 |

---

[1] See Affidavit of Mark D. Stern in Support of Fulton's Consolidated Motion for an Award of Attorney's Fees ("Stern Affidavit") ¶ 12.

[2] See Stern Affidavit ¶ 16.

In support of his request the Plaintiff submits:

1) Memorandum of Law In Support of Plaintiff's Consolidated Motion for an Assessment of Costs Including Reasonable Attorney's Fees and Interest Thereon;

2) The appended Affidavit of Mark D. Stern In Support of Fulton's Consolidated Motion for Attorney's Fees;

3) The Affidavit of Harvey Shapiro; and

4) The exhibits appended to Affidavit of Mark D. Stern of September 6, 2006.

        By his attorney,

        *s/ Mark D. Stern*

        Mark D. Stern
        BBO #479500
        **Mark D. Stern, P.C.**
        34 Liberty Avenue
        Somerville, MA 02144
        Tel. (617) 776-4020
        Fax  (617) 776-9250
        email: markdsternpc@rcn.com

Dated: May 31, 2007