**TOTAL ATTORNEY'S FEES EXCLUDING DEDUCTIONS**

| Services rendered by: | Rate | Number of Hours | Total |
|---|---|---|---|
| Mark D. Stern (Lead Counsel) | $450 | 107.35 | $48,307.50 |
| Donna Conley (Associate) | $225 | 18.85 | $4,241.25 |
| Elizabeth Clemons (Paralegal) | $40 | 1.15 | $46 |
| Jamie Fugitt (Law Student) | $40 | 30.05 | $1,202 |
| Total | n/a | n/a | $53,796.75 |

**TOTAL DEDUCTIONS**

| Description of Deduction: | Normal Rate | Rate charged | Number of Hours | Total Deduction |
|---|---|---|---|---|
| Reduced Lead Counsel rate for services rendered on Civil Service case | $450 | no charge | 8.85 | $3,982.50 |
| Reduced Associate rate for services rendered on Civil Service case | $225 | no charge | 0.5 | $112.50 |
| Reduced Lead Counsel rate for telephone conversation with reporter; and review & reply to letter from client unrelated to merits of case | $450 | no charge | 0.5 | $225 |
| Reduced Lead Counsel rate for time expended on both this case and Civil Service case | $450 | $225 | 0.8 | $180 |
| Reduced Associate rate for possible duplication of efforts | $225 | $150 | 10.35 | $776.25 |
| Reduced rate for paralegal tasks performed by Lead Counsel | $450 | $50 | .85 | $340 |
| Reduced rate for paralegal tasks performed by Associate | $225 | $50 | .2 | $35 |
| Total deductions | n/a | n/a | n/a | $5,651.25 |