5/31/2007
11:45 AM

# Addendum A

Page    1

| Selection Criteria | |
|---|---|
| Acti.Selection | Include: Advise; Amendment; Client Dvlp; Closing; Conference; Correspondence; Court; Hearing; Interview; Legal Research; Meeting; Phone Opp Atty; Phone client; Prep Pleadings; Preparation; Research; legal services; paralegal services |
| Slip.Classification | Open |
| Clle.Selection | Include: Fulton, Boyd |

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | I B |
|---|---|---|---|---|
| 1899 12/23/2003 WIP ALL SLIPS ARE MARK STERN UNLESS OTHERWISE INDICATED TO BE ATTORNEY DONNA CONLEY OR PARALEGAL WORKER ELIZABETH CLEMONS | TIME | Stern legal services Fulton, Boyd | 0.70 0.00 0.00 0.00 | |
| Review papers; do research and write client | | | | |
| 1900 1/14/2004 WIP Extended telephone call with client; telephone call with Galen Gilbert; e-mail from Gilbert; more faxes and telephone calls with client and Gilbert | TIME | Stern legal services Fulton, Boyd | 1.40 1.40 0.00 0.00 | N |
| 1901 6/11/2004 WIP Meeting with client and Donna Conley | TIME | Stern legal services Fulton, Boyd | 2.00 2.00 0.00 0.00 | N |
| 1902 6/14/2004 WIP Documents from client; telephone message from client | TIME | Stern legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 | |
| 1903 6/15/2004 WIP Two e-mails from Donna Conley; telephone message from client | TIME | Stern legal services Fulton, Boyd | 0.15 0.00 0.00 0.00 | |
| 1904 6/18/2004 WIP CONLEY Legal research; telephone call client (RSVP) | TIME | Conley legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance |
|---|---|---|---|
| 1906 6/18/2004 WIP Work with Donna Conley re: claims; telephone message to client | TIME | Stern legal services Fulton, Boyd | 0.15 0.00 0.00 0.00 |
| 1907 6/20/2004 WIP Telephone call client | TIME | Stern legal services Fulton, Boyd | 0.05 0.00 0.00 0.00 |
| 1905 6/21/2004 WIP CONLEY Meeting with client; request personnel file and letter to Town/demand | TIME | Conley legal services Fulton, Boyd | 0.30 0.00 0.00 0.00 |
| 1908 6/21/2004 WIP Meeting at office with Donna Conley and client; revise draft and send letter to Hull | TIME | Stern legal services Fulton, Boyd | 0.90 0.00 0.00 0.00 |
| 1909 7/6/2004 WIP Telephone call to client, left message; telephone call office of Town of Hull's counsel | TIME | Stern legal services Fulton, Boyd | 0.15 0.00 0.00 0.00 |
| 1910 7/7/2004 WIP Personnel file from Hull and letter | TIME | Stern legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 |
| 1911 7/8/2004 WIP Review file and write to client; letter from Town | TIME | Stern legal services Fulton, Boyd | 0.40 0.00 0.00 0.00 |
| 1912 7/13/2004 WIP Telephone call client (RSVP) and letter to client | TIME | Stern legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 |
| 1913 7/26/2004 WIP Multiple calls to client for update | TIME | Stern legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 |
| 1914 7/27/2004 WIP Telephone call client | TIME | Stern legal services Fulton, Boyd | 0.15 0.00 0.00 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | Timekeeper | Units |
| Dates and Time | Activity | DNB Time |
| Posting Status | Client | Est. Time |
| Description | Reference | Variance |
|---|---|---|
| 1915 TIME | Conley | 0.30 |
| 7/29/2004 | legal services | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| CONLEY | | 0.00 |
| Work on Amended Complaint; legal research; review client's materials | | |
| 1916 TIME | Stern | 0.75 |
| 7/30/2004 | legal services | 0.75 |
| WIP | Fulton, Boyd | 0.00 |
| Review files from client; telephone call client, left message; work with Donna; fax and call from Civil Service (file) and telephone call to client and review of file; telephone calls to and from Civil Service Commission (Bob Smith); fax to hm | | 0.00 |
| 1917 TIME | Stern | 0.05 |
| 7/30/2004 | legal services | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Telephone messages to and from client | | 0.00 |
| 1919 TIME | Conley | 0.10 |
| 7/30/2004 | legal services | 0.10 |
| WIP | Fulton, Boyd | 0.00 |
| CONLEY | | 0.00 |
| Work with Mark D. Stern on review of civil service files | | |
| 1918 TIME | Stern | 0.55 |
| 8/3/2004 | legal services | 0.55 |
| WIP | Fulton, Boyd | 0.00 |
| Telephone calls to Civil Service persons; letter to client and review and organize files | | 0.00 |
| 1920 TIME | Stern | 0.20 |
| 8/17/2004 | legal services | 0.20 |
| WIP | Fulton, Boyd | 0.00 |
| Review materials from client and telephone call to client, left message | | 0.00 |
| 1921 TIME | Stern | 0.10 |
| 8/25/2004 | legal services | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Telephone message from client; telephone message to client, reply | | 0.00 |
| 1922 TIME | Stern | 0.25 |
| 9/1/2004 | legal services | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Letters from and to client | | 0.00 |
| 1923 TIME | Stern | 0.20 |
| 9/8/2004 | legal services | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Telephone call client; review file; telephone call Donna Conley | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units ONB Time Est. Time Variance |
|---|---|---|---|
| 1925 | TIME | Conley | 1.50 |
| 9/10/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Review personnel file and pay records; meeting with client re: federal Complaint | | | |
| 1926 | TIME | Stern | 0.70 |
| 9/10/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Client at office and telephone calls with Lampke (with Donna Conley) | | | 0.00 |
| 1924 | TIME | Conley | 1.50 |
| 9/15/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Revisions to Amended Complaint; review of client's synopsis | | | |
| 1928 | TIME | Conley | 0.30 |
| 9/16/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Memo to file re: issues of law and draft one count | | | |
| 1927 | TIME | Stern | 0.40 |
| 9/16/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter and agreement to client; work with Donna Conley re: claims | | | 0.00 |
| 1929 | TIME | Stern | 0.45 |
| 9/20/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review draft Complaint and notes from Donna Conley | | | 0.00 |
| 1930 | TIME | Conley | 1.00 |
| 9/21/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Discuss legal theories of Complaint with Mark D. Stern and revise Amended Complaint; more on revising Amended Complaint and prepare waiver of service of summons | | | |
| 1931 | TIME | Stern | 1.20 |
| 9/21/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Work on Amended Complaint and research | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | | | |
|---|---|---|---|---|
| Dates and Time | | Timekeeper | Units | |
| Posting Status | | Activity | DNB Time | |
| Description | | Client | Est. Time | |
| | | Reference | Variance | |
| 1932 | TIME | Stern | 0.40 | |
| 9/22/2004 | | legal services | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| Work on letter to Town attorney and Amended | | | 0.00 | |
| Complaint; telephone call with Fulton | | | | |
| 1933 | TIME | Stern | 0.35 | |
| 9/29/2004 | | legal services | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| Telephone call client | | | 0.00 | |
| 1934 | TIME | Stern | 0.05 | |
| 10/1/2004 | | legal services | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| Review docket; messages for client | | | 0.00 | |
| 1935 | TIME | Conley | 0.20 | |
| 10/3/2004 | | legal services | 0.20 | |
| WIP | | Fulton, Boyd | 0.00 | N |
| CONLEY | | | 0.00 | |
| Left message for client; e-mail to Mark D. Stern re: on | | | | |
| call | | | | |
| 1936 | TIME | Conley | 1.30 | |
| 10/4/2004 | | legal services | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| CONLEY | | | 0.00 | |
| Revise Complaint; two telephone calls with client and | | | | |
| Mark D. Stern; revise letter to Lampke | | | | |
| 1937 | TIME | Stern | 0.65 | |
| 10/4/2004 | | legal services | 0.65 | |
| WIP | | Fulton, Boyd | 0.00 | N |
| Telephone call client, with Donna Conley re: on call | | | 0.00 | |
| claim; research | | | | |
| 1938 | TIME | Stern | 0.10 | |
| 10/11/2004 | | legal services | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| Correspondence to client | | | 0.00 | |
| 1939 | TIME | Conley | 0.10 | |
| 10/18/2004 | | legal services | 0.10 | |
| WIP | | Fulton, Boyd | 0.00 | |
| CONLEY | | | 0.00 | |
| Letter to National Weather Service requesting snow | | | | |
| forecasts | | | | |
| 1940 | TIME | Stern | 0.30 | |
| 10/27/2004 | | legal services | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| Telephone call with Attorney Lampke; research | | | 0.00 | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | |
|---|---|---|---|
| 1941 TIME 11/1/2004 WIP CONLEY Letter to client re: Civil Service Commission hearing | Conley legal services Fulton, Boyd | 0.10 0.10 0.00 0.00 | N |
| 1942 TIME 11/15/2004 WIP Telephone calls with Attorney Lampke; faxes to and from Attorney Lampke; pull out files; telephone call from client and fax | Stern legal services Fulton, Boyd | 0.40 0.00 0.00 0.00 | |
| 1943 TIME 11/16/2004 WIP Preparation with client; Civil Service hearing; travel; letter to client | Stern legal services Fulton, Boyd | 2.50 2.50 0.00 0.00 | N |
| 1944 TIME 11/23/2004 WIP Client package in mail; telephone call client (RSVP); telephone call client and telephone review of papers | Stern legal services Fulton, Boyd | 0.45 0.00 0.00 0.00 | |
| 1945 TIME 11/30/2004 WIP Review Donna Conley's research | Stern legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 | |
| 1946 TIME 12/6/2004 WIP Telephone call Lampke | Stern legal services Fulton, Boyd | 0.05 0.00 0.00 0.00 | |
| 1947 TIME 12/8/2004 WIP Telephone call from Lampke, extend to 12/14; fax | Stern legal services Fulton, Boyd | 0.10 0.00 0.00 0.00 | |
| 1948 TIME 12/14/2004 WIP Answer and letter from Lampke; letter to client | Stern legal services Fulton, Boyd | 0.20 0.00 0.00 0.00 | |
| 1949 TIME 12/15/2004 WIP Review Answer and annotate Complaint | Stern legal services Fulton, Boyd | 0.35 0.00 0.00 0.00 | |
| 1951 TIME 12/16/2004 WIP Discuss case with Donna Conley; draft letter to Lampke; letter to client; telephone call client, left message | Stern legal services Fulton, Boyd | 1.70 0.00 0.00 0.00 | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
|---|---|---|---|
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 1952 | TIME | Conley | 1.40 |
| 12/16/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Draft reply letter to Lampke re: Amended Complaint; letter to client; review Defendant's Answer | | | |
| 1955 | TIME | Conley | 1.10 |
| 12/20/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Draft Plaintiff's Rule 16 Certification; letter to client; draft Joint Statement and Initial Disclosures | | | |
| 1956 | TIME | Stern | 0.20 |
| 12/20/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter to client re: Certification and draft Joint Statement | | | 0.00 |
| 1957 | TIME | Stern | 0.65 |
| 12/21/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call from client; telephone call Donna Conley; telephone call Lampke (RSVP) | | | 0.00 |
| 1958 | TIME | Stern | 0.55 |
| 12/22/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke (RSVP) and letter to him; Answer to Counterclaims | | | 0.00 |
| 1959 | TIME | Stern | 0.40 |
| 12/24/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke; fax from Lampke; review of file; telephone call with Donna Conley; research | | | 0.00 |
| 1960 | TIME | Stern | 0.05 |
| 12/30/2004 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Notice from Court | | | 0.00 |
| 1961 | TIME | Stern | 0.15 |
| 1/3/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from Lampke; mailing from client | | | 0.00 |
| 1962 | TIME | Conley | 0.30 |
| 1/3/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Review of documents from client; cover letter to Court (Local Rule 16 Certification); letter to client | | | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
|---|---|---|---|
| 1963 | TIME | Conley | 0.70 |
| 1/6/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Telephone call with client and review of documents | | | |
| 1964 | TIME | Stern | 0.20 |
| 1/6/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with client and with Donna Conley re: her work with client | | | 0.00 |
| 1965 | TIME | Conley | 1.90 |
| 1/10/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Draft Initial Disclosures and Joint Statement; review of documents; letter to Lampke | | | 0.00 |
| 1966 | TIME | Conley | 0.80 |
| 1/13/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| Work with Mark D. Stern on Joint Statement and letter to client; letter to Lampke; Settlement and Demand draft | | | |
| 1967 | TIME | Stern | 0.45 |
| 1/13/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Work on letter to Lampke; telephone call to Lampke; letter to Fulton | | | 0.00 |
| 1968 | TIME | Stern | 0.20 |
| 1/19/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Mailing from Lampke and to client with letter; telephone call client | | | 0.00 |
| 1969 | TIME | Stern | 0.70 |
| 1/24/2005 | | legal services | 0.70 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call client; letters to Civil Service Commission and client | | | 0.00 |
| 1970 | TIME | Stern | 0.70 |
| 1/24/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 2.20 |
| Joint Statement, demand letter and letter to client and multiple phone calls and faxes | | | (1.50) |
| 1971 | TIME | Conley | 2.70 |
| 1/24/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 2.20 |
| CONLEY | | | 0.50 |
| Three telephone calls client and with Mark D. Stern on demand letter and Joint Statement | | | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|---|
| 1972<br>1/24/2005<br>WIP<br>CONLEY<br>Correspondence to Civil Service Commission | TIME | Conley<br>legal services<br>Fulton, Boyd | 0.10<br>0.10<br>2.20<br>(2.10) |
| 1973<br>1/25/2005<br>WIP<br>Fax from and two telephone calls to Lampke | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.30<br>0.00<br>2.20<br>(1.90) |
| 1974<br>1/26/2005<br>WIP<br>Work on Amended Complaint with Donna Conley | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.30<br>0.00<br>2.20<br>(1.90) |
| 1976<br>1/26/2005<br>WIP<br>CONLEY<br>Revisions to Second Amended Complaint, Motion for<br>Leave to File; look through and preparation for Initial<br>Disclosure documents | TIME | Conley<br>legal services<br>Fulton, Boyd | 0.70<br>0.00<br>2.20<br>(1.50) |
| 1975<br>1/28/2005<br>WIP<br>Fax from client; call to him | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.10<br>0.00<br>2.20<br>(2.10) |
| 1977<br>2/2/2005<br>WIP<br>Court; travel; review of file | TIME | Stern<br>legal services<br>Fulton, Boyd | 1.65<br>0.00<br>2.20<br>(0.55) |
| 1978<br>2/7/2005<br>WIP<br>Filings from Court | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.10<br>0.00<br>2.20<br>(2.10) |
| 1979<br>2/14/2005<br>WIP<br>Order from Court | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.05<br>0.00<br>2.20<br>(2.15) |
| 1980<br>2/15/2005<br>WIP<br>Telephone call Lampke; update and file Disclosures;<br>do Rule 30B(6) Notice | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.85<br>0.00<br>0.00<br>0.00 |
| 1981<br>2/25/2005<br>WIP<br>Research; letter to Lampke | TIME | Stern<br>legal services<br>Fulton, Boyd | 0.30<br>0.00<br>0.00<br>0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 1985 | TIME | Stern | 0.50 |
| 3/4/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone calls with Lampke; e-mail Baker and RSVP; telephone call from Baker; letters to Lampke and client | | | 0.00 |
| 1986 | TIME | Stern | 0.45 |
| 3/17/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Offer of Settlement from Lampke; telephone calls to client; review file; telephone call Lampke | | | 0.00 |
| 1987 | TIME | Stern | 0.70 |
| 3/18/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter to client; answer with copy to client; telephone call from client; call to Lampke (RSVP) | | | 0.00 |
| 1988 | TIME | Stern | 0.60 |
| 3/18/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter and telephone calls (RSVP) to Lampke; fax from and telephone call to client (RSVP) | | | 0.00 |
| 1989 | TIME | Stern | 0.50 |
| 3/21/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke; e-mail Baker; message for Fulton; e-mail from Lampke and reply and mail to client | | | 0.00 |
| 1990 | TIME | Stern | 0.20 |
| 3/22/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Answer Counterclaims and file | | | 0.00 |
| 1991 | TIME | Stern | 0.25 |
| 3/28/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from and letter to client; second letter to client | | | 0.00 |
| 1992 | TIME | Stern | 0.15 |
| 3/30/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone calls with Lampke at office and home | | | 0.00 |
| 1993 | TIME | Stern | 0.30 |
| 3/31/2005 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke; call to client, RSVP | | | 0.00 |

5/31/2007
11:45 AM

**Mark D. Stern P.C.**
**Slip Listing**

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|
| 1994    TIME<br>4/1/2005<br>WIP<br>Telephone call with Lampke; mailing form him and mailing and letter to client | Stern<br>legal services<br>Fulton, Boyd | 0.40<br>0.00<br>0.00<br>0.00 |
| 1995    TIME<br>4/5/2005<br>WIP<br>Messages from and to client | Stern<br>legal services<br>Fulton, Boyd | 0.10<br>0.00<br>0.00<br>0.00 |
| 1996    TIME<br>4/11/2005<br>WIP<br>Telephone call client re: settlement; letter to client | Stern<br>legal services<br>Fulton, Boyd | 0.35<br>0.00<br>0.00<br>0.00 |
| 1999    TIME<br>5/6/2005<br>WIP<br>Review fax from client; send letter to client | Stern<br>legal services<br>Fulton, Boyd | 0.25<br>0.00<br>0.00<br>0.00 |
| 2001    TIME<br>7/21/2005<br>WIP<br>Letter to client | Stern<br>legal services<br>Fulton, Boyd | 0.15<br>0.00<br>0.00<br>0.00 |
| 2000    TIME<br>7/25/2005<br>WIP<br>Letter to client; research | Stern<br>legal services<br>Fulton, Boyd | 0.15<br>0.00<br>0.00<br>0.00 |
| 2002    TIME<br>8/3/2005<br>WIP<br>Mail to client returned; telephone message to client | Stern<br>legal services<br>Fulton, Boyd | 0.15<br>0.00<br>0.00<br>0.00 |
| 2003    TIME<br>8/10/2005<br>WIP<br>Letter from and reply to client | Stern<br>legal services<br>Fulton, Boyd | 0.25<br>0.00<br>0.00<br>0.00 |
| 2004    TIME<br>8/11/2005<br>WIP<br>Telephone call Lampke (message) | Stern<br>legal services<br>Fulton, Boyd | 0.05<br>0.00<br>0.00<br>0.00 |
| 2005    TIME<br>10/5/2005<br>WIP<br>Letter to client | Stern<br>legal services<br>Fulton, Boyd | 0.20<br>0.00<br>0.00<br>0.00 |
| 2006    TIME<br>1/12/2006<br>WIP<br>Letter to client | Stern<br>legal services<br>Fulton, Boyd | 0.20<br>0.00<br>0.00<br>0.00 |

5/31/2007                 Mark D. Stern P.C.
11:45 AM                Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|---|
| 2007 | TIME | Stern | 0.40 |
| 3/7/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter from client and reply | | | 0.00 |
| 2008 | TIME | Stern | 0.30 |
| 3/23/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter to client | | | 0.00 |
| 2009 | TIME | Stern | 1.35 |
| 4/3/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call BBO for ethics opinion; review file;<br>prepare affidavit and letter to client | | | 0.00 |
| 2010 | TIME | Stern | 0.50 |
| 4/7/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone message from client; letter to client | | | 0.00 |
| 2011 | TIME | Stern | 0.20 |
| 5/1/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter to client | | | 0.00 |
| 2012 | TIME | Stern | 0.30 |
| 5/2/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call client; review agreement, affidavit and<br>Complaint with him | | | 0.00 |
| 2013 | TIME | Stern | 1.70 |
| 5/5/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Affidavit from client; draft Motion and Memo; Review<br>of Rule 56 & Local Rule; work on Statement of<br>Undisputed Facts | | | 0.00 |
| 2014 | TIME | Stern | 2.35 |
| 5/10/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Prepare Memo for Summary Judgment and Motion;<br>telephone call with Donna Conley; research | | | 0.00 |
| 2015 | TIME | Stern | 0.20 |
| 5/11/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mail from Donna Conley and reply | | | 0.00 |
| 2016 | TIME | Stern | 0.30 |
| 5/12/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Donna Conley and notes for file | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
|---|---|---|---|
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 2017 | TIME | Stern | 0.60 |
| 5/15/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mails from Court and letter to Court; telephone call with Donna Conley; fax to Lampke | | | 0.00 |
| 2018 | TIME | Stern | 0.30 |
| 5/30/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke | | | 0.00 |
| 2019 | TIME | Stern | 0.10 |
| 6/6/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Motion to Extend Time from Lampke | | | 0.00 |
| 2020 | TIME | Stern | 0.40 |
| 6/8/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review e-mails from Lampke | | | 0.00 |
| 2021 | TIME | Stern | 0.10 |
| 6/9/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Send client letter | | | 0.00 |
| 2022 | TIME | Stern | 0.35 |
| 6/15/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mails and research with Donna Conley | | | 0.00 |
| 2024 | TIME | Stern | 0.15 |
| 6/19/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Order from Court; letter to client and docket | | | 0.00 |
| 2023 | TIME | Conley | 0.25 |
| 6/19/2006 | | paralegal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CLEMONS | | | 0.00 |
| Letter to client re: hearing date/time | | | |
| 2025 | TIME | Stern | 0.10 |
| 6/21/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mails from and to Lampke | | | 0.00 |
| 2026 | TIME | Stern | 0.10 |
| 6/28/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call from Lampke's office; letter to Fulton | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | | |
|---|---|---|---|
| Dates and Time | | Timekeeper | Units |
| Posting Status | | Activity | DNB Time |
| Description | | Client | Est. Time |
| | | Reference | Variance |
| 2029 | TIME | Conley | 0.10 |
| 6/28/2006 | | paralegal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CLEMONS | | | 0.00 |
| Letter to client | | | |
| 2027 | TIME | Stern | 0.15 |
| 6/29/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke re: new dates | | | 0.00 |
| 2028 | TIME | Stern | 0.10 |
| 6/30/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from Lampke; letter to client | | | 0.00 |
| 2030 | TIME | Stern | 0.15 |
| 7/6/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Motion to Reschedule; Order from Court | | | 0.00 |
| 2031 | TIME | Stern | 2.05 |
| 7/7/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Message from Fulton; message to him with e-mail; prepare agreement for after summary judgment hearing; telephone call with Lampke and fax from him | | | 0.00 |
| 2032 | TIME | Stern | 0.05 |
| 7/10/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call from Lampke's office | | | 0.00 |
| 2033 | TIME | Stern | 1.15 |
| 7/11/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke; preparation for Court; calculations with Kathy Caruso; letter to client and call to Lampke (RSVP) | | | 0.00 |
| 2034 | TIME | Stern | 1.65 |
| 7/11/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Court and travel and preparation | | | 0.00 |
| 2035 | TIME | Stern | 0.75 |
| 7/12/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Research FRE; e-mail from Court; telephone call with Lampke; draft letter to client | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
|---|---|---|---|
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 2036 | TIME | Stern | 0.40 |
| 7/13/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review and revise letter to Court; telephone call/e-mail Lampke | | | 0.00 |
| 2037 | TIME | Stern | 0.10 |
| 7/14/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone calls Lampke (4 times) | | | 0.00 |
| 2038 | TIME | Stern | 0.50 |
| 7/17/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke; divide draft into two letters and send to Lampke | | | 0.00 |
| 2039 | TIME | Stern | 0.35 |
| 7/18/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke (RSVP) and reply telephone call; review and resend e-mail; telephone call Lampke | | | 0.00 |
| 2040 | TIME | Stern | 0.05 |
| 7/19/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mail from Lampke | | | 0.00 |
| 2041 | TIME | Stern | 0.15 |
| 7/20/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mail from Court and letter to client | | | 0.00 |
| 2042 | TIME | Stern | 0.10 |
| 8/4/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call from client | | | 0.00 |
| 2043 | TIME | Stern | 0.50 |
| 8/23/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review Decision; telephone call with Donna Conley and send with letter to client | | | 0.00 |
| 2045 | TIME | Stern | 0.05 |
| 8/27/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Message from client re decision | | | 0.00 |
| 2046 | TIME | Stern | 2.55 |
| 8/28/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to client; draft Mark D. Stern Affidavit; review and edit time records; reduce fees for various categories unrelated or only partially related to favorable decision; Telephone call Peg Malt | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance |
|---|---|---|---|
| 2029 | TIME | Conley | 0.10 |
| 6/28/2006 | | paralegal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CLEMONS | | | 0.00 |
| Letter to client | | | |
| 2027 | TIME | Stern | 0.15 |
| 6/29/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke re: new dates | | | 0.00 |
| 2028 | TIME | Stern | 0.10 |
| 6/30/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from Lampke; letter to client | | | 0.00 |
| 2030 | TIME | Stern | 0.15 |
| 7/6/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Motion to Reschedule; Order from Court | | | 0.00 |
| 2031 | TIME | Stern | 2.05 |
| 7/7/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Message from Fulton; message to him with e-mail; prepare agreement for after summary judgment hearing; telephone call with Lampke and fax from him | | | 0.00 |
| 2032 | TIME | Stern | 0.05 |
| 7/10/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call from Lampke's office | | | 0.00 |
| 2033 | TIME | Stern | 1.15 |
| 7/11/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke; preparation for Court; calculations with Kathy Caruso; letter to client and call to Lampke (RSVP) | | | 0.00 |
| 2034 | TIME | Stern | 1.65 |
| 7/11/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Court and travel and preparation | | | 0.00 |
| 2035 | TIME | Stern | 0.75 |
| 7/12/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Research FRE; e-mail from Court; telephone call with Lampke; draft letter to client | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | | |
|---|---|---|---|
| Dates and Time | Timekeeper | | Units |
| Posting Status | Activity | | DNB Time |
| Description | Client | | Est. Time |
| | Reference | | Variance |
| **2036** TIME | Stern | | 0.40 |
| 7/13/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Review and revise letter to Court; telephone | | | 0.00 |
| call/e-mail Lampke | | | |
| **2037** TIME | Stern | | 0.10 |
| 7/14/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone calls Lampke (4 times) | | | 0.00 |
| **2038** TIME | Stern | | 0.50 |
| 7/17/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone call Lampke; divide draft into two letters | | | 0.00 |
| and send to Lampke | | | |
| **2039** TIME | Stern | | 0.35 |
| 7/18/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone call Lampke (RSVP) and reply telephone | | | 0.00 |
| call; review and resend e-mail; telephone call Lampke | | | |
| **2040** TIME | Stern | | 0.05 |
| 7/19/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| E-mail from Lampke | | | 0.00 |
| **2041** TIME | Stern | | 0.15 |
| 7/20/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| E-mail from Court and letter to client | | | 0.00 |
| **2042** TIME | Stern | | 0.10 |
| 8/4/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone call from client | | | 0.00 |
| **2043** TIME | Stern | | 0.50 |
| 8/23/2006 | legal services | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Review Decision; telephone call with Donna Conley | | | 0.00 |
| and send with letter to client | | | |
| **2045** TIME | Stern | | 0.05 |
| 8/27/2006 | Prep Pleadings | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Message from client re decision | | | 0.00 |
| **2046** TIME | Stern | | 2.55 |
| 8/28/2006 | Prep Pleadings | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone call to client; draft Mark D. Stern Affidavit; | | | 0.00 |
| review and edit time records; reduce fees for various | | | |
| categories unrelated or only partially related to | | | |
| favorable decision; Telephone call Peg Malt | | | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance |
|---|---|---|---|
| 2047 8/29/2006 WIP Revise draft Mark D. Stern Affidavit; draft Fee Memorandum | TIME | Stern Prep Pleadings Fulton, Boyd | 0.95 0.00 0.00 0.00 |
| 2048 8/30/2006 WIP Telephone call Client; with Bookkeeper on expenses | TIME | Stern Prep Pleadings Fulton, Boyd | 0.20 0.00 0.00 0.00 |
| 2049 9/2/2006 WIP With Peg Malt on time records | TIME | Stern Prep Pleadings Fulton, Boyd | 0.30 0.00 0.00 0.00 |
| 2050 9/4/2006 WIP Review, correct and edit time records, Affidavit and Memo; draft motion and letter; Telephone call to Dick Bauer | TIME | Stern Prep Pleadings Fulton, Boyd | 2.45 0.00 0.00 0.00 |
| 2051 9/5/2006 WIP Prepare materials for filing with Court, Gather Exhibits for Affidavit, Revise Affidavit to Exhibits; Finish Addendum to Affidavit | TIME | Stern Prep Pleadings Fulton, Boyd | 0.85 0.00 0.00 0.00 |
| 2196 9/5/2006 WIP PARALEGAL SERVICES: pdf related work for electronic service to court | TIME | Stern paralegal services Fulton, Boyd | 0.85 0.00 0.00 0.00 |
| 2198 9/6/2006 WIP PARALEGAL: Telephone call Clerk re electronic filings and mailings | TIME | Stern paralegal services Fulton, Boyd | 0.80 0.00 0.00 0.00 |
| 2199 9/7/2006 WIP PARALEGAL: Mailing to Lampke | TIME | Stern Prep Pleadings Fulton, Boyd | 0.20 0.00 0.00 0.00 |
| 2200 9/14/2006 WIP Telephone call to Lampke, review rules, and certification to court | TIME | Stern Prep Pleadings Fulton, Boyd | 0.60 0.00 0.00 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
|---|---|---|---|
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 2036 | TIME | Stern | 0.40 |
| 7/13/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review and revise letter to Court; telephone call/e-mail Lampke | | | 0.00 |
| 2037 | TIME | Stern | 0.10 |
| 7/14/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone calls Lampke (4 times) | | | 0.00 |
| 2038 | TIME | Stern | 0.50 |
| 7/17/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke; divide draft into two letters and send to Lampke | | | 0.00 |
| 2039 | TIME | Stern | 0.35 |
| 7/18/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Lampke (RSVP) and reply telephone call; review and resend e-mail; telephone call Lampke | | | 0.00 |
| 2040 | TIME | Stern | 0.05 |
| 7/19/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mail from Lampke | | | 0.00 |
| 2041 | TIME | Stern | 0.15 |
| 7/20/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-mail from Court and letter to client | | | 0.00 |
| 2042 | TIME | Stern | 0.10 |
| 8/4/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call from client | | | 0.00 |
| 2043 | TIME | Stern | 0.50 |
| 8/23/2006 | | legal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review Decision; telephone call with Donna Conley and send with letter to client | | | 0.00 |
| 2045 | TIME | Stern | 0.05 |
| 8/27/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Message from client re decision | | | 0.00 |
| 2046 | TIME | Stern | 2.55 |
| 8/28/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to client; draft Mark D. Stern Affidavit; review and edit time records; reduce fees for various categories unrelated or only partially related to favorable decision; Telephone call Peg Malt | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 2047 | TIME | Stern | 0.95 |
| 8/29/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Revise draft Mark D. Stern Affidavit; draft Fee Memorandum | | | 0.00 |
| 2048 | TIME | Stern | 0.20 |
| 8/30/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call Client; with Bookkeeper on expenses | | | 0.00 |
| 2049 | TIME | Stern | 0.30 |
| 9/2/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| With Peg Mail on time records | | | 0.00 |
| 2050 | TIME | Stern | 2.45 |
| 9/4/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review, correct and edit time records, Affidavit and Memo; draft motion and letter; Telephone call to Dick Bauer | | | 0.00 |
| 2051 | TIME | Stern | 0.85 |
| 9/5/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Prepare materials for filing with Court, Gather Exhibits for Affidavit, Revise Affidavit to Exhibits; Finish Addendum to Affidavit | | | 0.00 |
| 2196 | TIME | Stern | 0.85 |
| 9/5/2006 | | paralegal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| PARALEGAL SERVICES: pdf related work for electronic service to court | | | 0.00 |
| 2198 | TIME | Stern | 0.80 |
| 9/6/2006 | | paralegal services | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| PARALEGAL: Telephone call Clerk re electronic filings and mailings | | | 0.00 |
| 2199 | TIME | Stern | 0.20 |
| 9/7/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| PARALEGAL: Mailing to Lampke | | | 0.00 |
| 2200 | TIME | Stern | 0.60 |
| 9/14/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to Lampke, review rules, and certification to court | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | | |
|---|---|---|---|
| Dates and Time | Timekeeper | | Units |
| Posting Status | Activity | | DNB Time |
| Description | Client | | Est. Time |
| | Reference | | Variance |
| 2201                    TIME | Stern | | 0.40 |
| 9/15/2006 | Correspondence | | 0.00 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone call from client; review files; Telephone call to Client | | | 0.00 |
| 2202                    TIME | Stern | | |
| 9/20/2006 | Correspondence | | 0.10 |
| WIP | Fulton, Boyd | | 0.00 |
| Email from Court re Motion for Extension | | | 0.00 |
| | | | 0.00 |
| 2203                    TIME | Stern | | |
| 9/21/2006 | Correspondence | | 0.05 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone calls from and to Lampke (RSVP) | | | 0.00 |
| | | | 0.00 |
| 2204                    TIME | Stern | | |
| 9/26/2006 | Correspondence | | 0.05 |
| WIP | Fulton, Boyd | | 0.00 |
| Notice from Court | | | 0.00 |
| | | | 0.00 |
| 2205                    TIME | Stern | | |
| 10/2/2006 | Correspondence | | 0.25 |
| WIP | Fulton, Boyd | | 0.00 |
| Review of Opposition | | | 0.00 |
| | | | 0.00 |
| 2206                    TIME | Stern | | |
| 10/4/2006 | Correspondence | | 0.15 |
| WIP | Fulton, Boyd | | 0.00 |
| Order from Court and letter to client | | | 0.00 |
| | | | 0.00 |
| 2207                    TIME | Stern | | |
| 10/13/2006 | Correspondence | | 0.90 |
| WIP | Fulton, Boyd | | 0.00 |
| Further review of Opposition, research, w/ D. Conley; | | | 0.00 |
| begin to draft counter-argument and Mark D. Stern | | | 0.00 |
| Reply Affidavit | | | |
| 2208                    TIME | Conley | | |
| 10/13/2006 | Correspondence | | 0.30 |
| WIP | Fulton, Boyd | | 0.00 |
| Meeting with Mark D. Stern re reply argument to | | | 0.00 |
| Defendant's Opposition | | | 0.00 |
| 2209                    TIME | Conley | | |
| 10/16/2006 | Correspondence | | 0.40 |
| WIP | Fulton, Boyd | | 0.00 |
| Review Mark D. Stern Affidavit; letter to client; | | | 0.00 |
| Telephone call to Clerk re reply to Defendant's | | | 0.00 |
| Opposition | | | |
| 2210                    TIME | Stern | | |
| 10/16/2006 | Prep Pleadings | | 1.35 |
| WIP | Fulton, Boyd | | 0.00 |
| Telephone call to Lampke; review and revise Mark D. | | | 0.00 |
| Stern Affidavit; Filing with Court; Research & organize | | | 0.00 |

5/31/2007
11:45 AM

**Mark D. Stern P.C.**
Slip Listing

| Slip ID | | Timekeeper | Units |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |

research and ideas for 11/30 argment; Telephone call
Clerk re filing Affidavit, cover letter re assent; filing
affidavit electronically

| 2213 | TIME | Conley | 0.20 |
| 10/16/2006 | | Correspondence | 0.20 |
| WIP | | Fulton, Boyd | 0.00 |
| Letter from client and letter in reply to client | | | 0.00 |

| 2211 | TIME | Stern | 1.80 |
| 10/18/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| More research on legal fees and more on draft 11/30 argument | | | 0.00 |

| 2212 | TIME | Stern | 0.45 |
| 10/19/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| More on legal fees 11/30 argument | | | 0.00 |

| 2215 | TIME | Stern | 0.65 |
| 11/13/2006 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Prepare Draft of Supplemental Fee Application and w/ D. Conley | | | 0.00 |

| 2220 | TIME | Conley | 0.70 |
| 11/13/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.70 |
| Draft Supplemental Fee Motion and Affidavit | | | 0.00 |

| 2218 | TIME | Stern | 0.20 |
| 11/14/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Review Draft Supplemental Fee Motion and Affidavit, and revise | | | 0.00 |

| 2221 | TIME | Conley | 0.30 |
| 11/15/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.70 |
| Final Revisions to Supplemental Fee Motion and Affidavit | | | (0.40) |

| 2539 | TIME | Stern | 0.35 |
| 11/15/2006 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| PDF files and send to Court | | | 0.00 |

| 2219 | TIME | Stern | 0.55 |
| 11/15/2006 | | Prep Pleadings | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Final Revisions to Supplemental Fee Motion and Affidavit, and related research | | | 0.00 |

5/31/2007
11:45 AM

**Mark D. Stern P.C.**
**Slip Listing**

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|---|
| 2540<br>11/28/2006<br>WIP<br>Prepare for Court and revise argument; do further<br>research | TIME | Stern<br>Court<br>Fulton, Boyd | 1.60<br>0.00<br>0.00<br>0.00 |
| 2541<br>11/29/2006<br>WIP<br>Add to draft argument and discuss with Donna Conley | TIME | Stern<br>Court<br>Fulton, Boyd | 0.40<br>0.00<br>0.00<br>0.00 |
| 2542<br>11/29/2006<br>WIP<br>Review notes for oral argument re: attorney's fees | TIME | Stern<br>Court<br>Fulton, Boyd | 0.30<br>0.00<br>0.00<br>0.00 |
| 2544<br>11/30/2006<br>WIP<br>Meeting with client and Court appearance on legal<br>fees motion; telephone call with Lampke re: settlement | TIME | Stern<br>Court<br>Fulton, Boyd | 2.20<br>0.00<br>0.00<br>0.00 |
| 2214<br>11/30/2006<br>WIP<br>Prepare for Court | TIME | Stern<br>Court<br>Fulton, Boyd | 0.65<br>0.00<br>3.50<br>(2.85) |
| 2543<br>11/30/2006<br>WIP<br>Telephone call with Patriot Ledger reporter | TIME | Stern<br>Court<br>Fulton, Boyd | 0.30<br>0.30<br>0.00<br>0.00 |
| 2545<br>12/6/2006<br>WIP<br>With Donna Conley re: comp time issue | TIME | Stern<br>Court<br>Fulton, Boyd | 0.10<br>0.00<br>0.00<br>0.00 |
| 2546<br>12/20/2006<br>WIP<br>Letter to client | TIME | Stern<br>Court<br>Fulton, Boyd | 0.10<br>0.00<br>0.00<br>0.00 |
| 2547<br>12/20/2006<br>WIP<br>Letter to client | TIME | Stern<br>Court<br>Fulton, Boyd | 0.10<br>0.00<br>0.00<br>0.00 |
| 2550<br>1/10/2007<br>WIP<br>Telephone call with Ed Parent and Brain Smith and<br>letter to client | TIME | Stern<br>Court<br>Fulton, Boyd | 0.35<br>0.00<br>0.00<br>0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | Timekeeper | Units |
| Dates and Time | Activity | DNB Time |
| Posting Status | Client | Est. Time |
| Description | Reference | Variance |
|---|---|---|
| 2548           TIME | Stern | 0.10 |
| 1/10/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Letter from client and meet with Donna Conley re: witnesses | | 0.00 |
| 2549           TIME | Stern | 0.20 |
| 1/10/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| CONLEY | | 0.00 |
| Letter to Parent and Smith | | |
| 2551           TIME | Stern | 0.30 |
| 2/12/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Telephone call with Clerk of Court and letter to client | | 0.00 |
| 2552           TIME | Stern | 0.60 |
| 2/21/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Draft jury instructions; letter to client | | 0.00 |
| 2553           TIME | Stern | 0.10 |
| 2/21/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Letter from client and letter to client | | 0.00 |
| 2554           TIME | Stern | 0.15 |
| 2/23/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Email from client and to Lampke; 2nd emails back and forth | | 0.00 |
| 2575           TIME | Stern | 1.00 |
| 2/26/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Telephone call to Lampke and telephone call to client; 2 calls from Lampke and calls to witness and to client | | 0.00 |
| 2576           TIME | Stern | 1.10 |
| 2/26/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| Call from Clerk; review file and email and telephone call to Clerk; review Order and telephone call to Lampke; further telephone call with Lampke and telephone call to client; fax and telephone call to Lampke | | 0.00 |
| 2578           TIME | Stern | 0.30 |
| 3/1/2007 | Court | 0.00 |
| WIP | Fulton, Boyd | 0.00 |
| CONLEY | | 0.00 |
| With Mark Stern on Pretrial Memo | | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance |
|---|---|---|
| 2674      TIME<br>3/1/2007<br>WIP<br>Court Appearance | Stern<br>Court<br>Fulton, Boyd | 0.00<br>0.00<br>0.00<br>0.00 |
| 2577      TIME<br>3/1/2007<br>WIP<br>Draft Motion To Withdraw and email Harvey; telephone call with client; telephone call with Harvey; revise motion and email to Harvey and reply and changes; telephone call to Lampke; telephone call to Lampke and review draft Pretrial Memo and add to it; telephone call to Clerk and prepare for Court; Court appearance and telephone call to Harvey; telephone call to client and letters to Lampke and client | Stern<br>Court<br>Fulton, Boyd | 4.90<br>0.00<br>0.00<br>0.00 |
| 2579      TIME<br>3/2/2007<br>WIP<br>Telephone call to Conley and emails to and telephone call to Eileen Baker | Stern<br>Court<br>Fulton, Boyd | 0.15<br>0.00<br>0.00<br>0.00 |
| 2580      TIME<br>3/5/2007<br>WIP<br>With Donna Conley re: deposition notices and Notice from Court | Stern<br>Court<br>Fulton, Boyd | 0.20<br>0.00<br>0.00<br>0.00 |
| 2581      TIME<br>3/5/2007<br>WIP<br>CONLEY<br>Draft deposition notices and request for production of documents | Stern<br>Court<br>Fulton, Boyd | 0.60<br>0.00<br>0.00<br>0.00 |
| 2582      TIME<br>3/7/2007<br>WIP<br>Revise and get out discovery to Lampke with Conley | Stern<br>Court<br>Fulton, Boyd | 0.30<br>0.00<br>0.00<br>0.00 |
| 2583      TIME<br>3/7/2007<br>WIP<br>CONLEY<br>Draft expert interrogatories | Stern<br>Court<br>Fulton, Boyd | 0.30<br>0.00<br>0.00<br>0.00 |
| 2584      TIME<br>3/16/2007<br>WIP<br>Letter from client and with D. Conley | Stern<br>Court<br>Fulton, Boyd | 0.10<br>0.00<br>0.00<br>0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
| --- | --- | --- | --- |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 2585 | TIME | Stern | 0.20 |
| 3/28/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Research on attorney's fees being mandatory | | | 0.00 |
| 2586 | TIME | Stern | 0.65 |
| 3/29/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from Lampke and telephone call to Lampke and telephone call to client; letter to client | | | 0.00 |
| 2587 | TIME | Stern | 0.80 |
| 3/30/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Work on fee memo with new research | | | 0.00 |
| 2589 | TIME | Stern | 0.10 |
| 4/2/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to client and telephone call to Lampke (RSVP) | | | 0.00 |
| 2590 | TIME | Stern | 0.10 |
| 4/2/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to client and telephone call to Lampke (RSVP) | | | 0.00 |
| 2588 | TIME | Stern | 0.10 |
| 4/4/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Lampke and telephone call from Clerk | | | 0.00 |
| 2591 | TIME | Stern | 0.65 |
| 4/5/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to Lampke; telephone call to Bauer; draft letter to Lampke and revised agreement and telephone call to Lampke (messages) | | | 0.00 |
| 2592 | TIME | Stern | 0.05 |
| 4/5/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call to Lampke (RSVP) | | | 0.00 |
| 2593 | TIME | Stern | 1.30 |
| 4/6/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone calls to Baker, Lampke and client and review of proposed changes; telephone call with Clerk; telephone call to Union (RSVP); telephone call to Baker; scan and e-file Agreement and telephone call to Clerk; review revisions from Lampke and fax from client | | | 0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |
| 2594 | TIME | Stern | 0.30 |
| 4/7/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from and letter to client with Agreement; telephone call message for client | | | 0.00 |
| 2595 | TIME | Stern | 0.10 |
| 4/8/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax to Lampke re: extension to 60 days | | | 0.00 |
| 2596 | TIME | Stern | 0.25 |
| 4/9/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Fax from Lampke and telephone call to Barbara Harvey re: legal fee memo and telephone calls to Howarth | | | 0.00 |
| 2597 | TIME | Stern | 0.50 |
| 4/10/2007 | | Court | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| E-file Lampke letter and letter to Clerk; telephone call to Clerk | | | 0.00 |
| 2598 | TIME | Stern | 0.25 |
| 4/12/2007 | | Correspondence | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Order from Court and letter to client | | | 0.00 |
| 2875 | TIME | Stern | 0.10 |
| 4/13/2007 | | Conference | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Re: Legal fee application with Conley and research | | | 0.00 |
| 2676 | TIME | Stern | 0.10 |
| 4/26/2007 | | Correspondence | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Telephone call with Brodie re: brief | | | 0.00 |
| 2677 | TIME | Stern | 0.15 |
| 4/28/2007 | | Correspondence | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| Research re: legal fees | | | 0.00 |
| 2678 | TIME | Stern | 1.15 |
| 5/2/2007 | | Correspondence | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| On fee application affidavit and calculations; draft part of memo | | | 0.00 |
| 2679 | TIME | Stern | 1.15 |
| 5/2/2007 | | Correspondence | 0.00 |
| WIP | | Fulton, Boyd | 0.00 |
| CONLEY | | | 0.00 |
| With Mark Stern on attorney's fees and calculations | | | |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|
| 2680       TIME<br>5/7/2007<br>WIP<br>Telephone call to and with Donna Conley | Stern<br>Correspondence<br>Fulton, Boyd | 0.05<br>0.00<br>0.00<br>0.00 |
| 2681       TIME<br>5/9/2007<br>WIP<br>On fee application--what client owes me | Stern<br>Correspondence<br>Fulton, Boyd | 0.40<br>0.00<br>0.00<br>0.00 |
| 2682       TIME<br>5/10/2007<br>WIP<br>Telephone call with Todd Heyman re: legal fees research | Stern<br>Correspondence<br>Fulton, Boyd | 0.15<br>0.00<br>0.00<br>0.00 |
| 2683       TIME<br>5/10/2007<br>WIP<br>Paralegal work re: legal reserach | Stern<br>Correspondence<br>Fulton, Boyd | 0.80<br>0.00<br>0.00<br>0.00 |
| 2684       TIME<br>5/11/2007<br>WIP<br>Work on three theory portion of attorney fee memorandum | Stern<br>Correspondence<br>Fulton, Boyd | 0.50<br>0.00<br>0.00<br>0.00 |
| 2685       TIME<br>5/17/2007<br>WIP<br>FUGITT<br>Meeting with Mark Stern re: fee memorandum and FLSA research | Stern<br>Conference<br>Fulton, Boyd | 1.70<br>0.00<br>0.00<br>0.00 |
| 2687       TIME<br>5/17/2007<br>WIP<br>Research on attorney fees and with Jamie Fugitt | Stern<br>Conference<br>Fulton, Boyd | 0.50<br>0.00<br>0.00<br>0.00 |
| 2690       TIME<br>5/18/2007<br>WIP<br>With Fugitt re: research and memo | Stern<br>Conference<br>Fulton, Boyd | 0.05<br>0.00<br>0.00<br>0.00 |
| 2689       TIME<br>5/18/2007<br>WIP<br>CONLEY<br>Calculate attorney time on fee application | Stern<br>Conference<br>Fulton, Boyd | 0.20<br>0.00<br>0.00<br>0.00 |
| 2686       TIME<br>5/18/2007<br>WIP<br>FUGITT<br>Draft attorney fee memorandum | Stern<br>Conference<br>Fulton, Boyd | 0.75<br>0.00<br>0.00<br>0.00 |

5/31/2007
11:45 AM

Mark D. Stern P.C.
Slip Listing

| Slip ID | | Timekeeper | Units |
| Dates and Time | | Activity | DNB Time |
| Posting Status | | Client | Est. Time |
| Description | | Reference | Variance |

**2691** TIME
5/21/2007 — Stern — 3.20
WIP — Conference — 0.00
FUGITT — Fulton, Boyd — 0.00
Attorney fee application draft; FLSA research and — 0.00
copying and binding; on draft attorney fee application

**3084** TIME
5/21/2007 — Stern — 1.25
WIP — Conference — 0.00
With Fugitt and work on legal fee memorandum — Fulton, Boyd — 0.00
— 0.00

**2692** TIME
5/22/2007 — Stern — 0.80
WIP — Conference — 0.00
Research for attorney fee memorandum — Fulton, Boyd — 0.00
— 0.00

**3085** TIME
5/23/2007 — Stern — 0.60
WIP — Conference — 0.00
On fee application with Conley and Fugitt — Fulton, Boyd — 0.00
— 0.00

**3086** TIME
5/23/2007 — Stern — 0.20
WIP — Conference — 0.00
CONLEY — Fulton, Boyd — 0.00
Meeting with Mark D. Stern and Fugitt re: attorneys' — 0.00
fee memorandum

**3087** TIME
5/23/2007 — Stern — 4.00
WIP — Conference — 0.00
FUGITT — Fulton, Boyd — 0.00
Meeting re: attorneys' fees memorandum and draft — 0.00
memorandum

**3088** TIME
5/24/2007 — Stern — 6.50
WIP — Conference — 0.00
FUGITT — Fulton, Boyd — 0.00
Draft legal fee memorandum and with Mark D. Stern — 0.00
on same

**3089** TIME
5/24/2007 — Stern — 4.35
WIP — Conference — 0.00
Work on necessity for services portion of — Fulton, Boyd — 0.00
memorandum and chart of settlement; more on — 0.00
components of necessary services with Fugitt

**3090** TIME
5/25/2007 — Stern — 2.10
WIP — Conference — 0.00
On fee memorandum and telephone call to Harvey — Fulton, Boyd — 0.00
Shapiro; edits and research — 0.00

05/31/2007 11:44 FAX 9147768230    MARK D. STERN    FISCHER    029/029

5/31/2007                          Mark D. Stern P.C.
11:45 AM                              Slip Listing

| Slip ID | | Timekeeper | Units | |
| Dates and Time | | Activity | DNB Time | |
| Posting Status | | Client | Est. Time | E |
| Description | | Reference | Variance | |
| 3091 | TIME | Stern | 3.90 | |
| 5/25/2007 | | Conference | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| FUGITT | | | 0.00 | |
| Draft fee memorandum and consolidated motion for attorneys' fees | | | | |
| 3092 | TIME | Stern | 5.10 | |
| 5/28/2007 | | Conference | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| FUGITT | | | 0.00 | |
| Draft Shapiro Affidavit and attorneys' fee application memorandum | | | | |
| 3114 | TIME | Stern | 0.15 | |
| 5/28/2007 | | Correspondence | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| On Shapiro Affidavit and email | | | 0.00 | |
| 3115 | TIME | Stern | 3.95 | |
| 5/29/2007 | | Conference | 0.00 | |
| WIP | | Fulton, Boyd | 0.00 | |
| Preparation of Fee Application Memorandum and Affidavit and email Shapiro | | | 0.00 | |

| Grand Total | | | | |
| | | Billable | 142.65 | |
| | | Unbillable | 9.85 | |
| | | Total | 152.50 | |

| 5/29/2007 | Stern | 450.00 | 0.65 | 292.00 | Billable |
| 3128 | Draft | | | | |
| More on legal fee submissions with Fugitt | | | | | |

| 5/29/2007 | Stern | 40.00 | 0.90 | 36.00 | Billable |
| 3129 | Draft | | | | |
| FUGITT | | | | | |
| Drafting of Attorney's Fees Memorandum and Shapiro Affidavit; timsheets with Mark Stern | | | | | |

| 5/30/2007 | Stern | 450.00 | 1.80 | 810.00 | Billable |
| 3130 | Draft | | | | |
| On revisions to fee affidavit and memorandum; final revisions to Affidavit and memorandum with Fugitt | | | | | |

| 5/30/2007 | Stern | 450.00 | 4.00 | 1,800.00 | Billable |
| 3131 | Draft | | | | |
| FUGITT | | | | | |
| Attorney Fee Memorandum; Mark Stern Affidavit; Shapiro Affidavit | | | | | |