# Mark D. Stern, P.C.
34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

May 31, 2007

Civil Clerk George Howarth
United States District Court
   for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Room 1300
Boston, MA 02210

      Re: Fulton v. Town of Hull
         Docket No. 2004 CV 11234 MEL

Dear Mr. Howarth:

    Enclosed please find for filing:

1)    Motion for Attorney's Fees;

2)    Supporting Affidavits; and

3)    Memorandum.

                            Cordially,

                            *s/ Mark D. Stern*

                            Mark D. Stern

# Mark D. Stern, P.C.
34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

May 31, 2007

Civil Clerk George Howarth
United States District Court
   for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Room 1300
Boston, MA 02210

      Re: Fulton v. Town of Hull
         Docket No. 2004 CV 11234 MEL

Dear Mr. Howarth:

    Enclosed are two documents I was unable to convert to an acceptable .pdf format:

1)     The letter to Mr. Lampke, Exhibit A to Plaintiff's Memorandum; and

2)     The resume of Mr. Fugitt; Exhibit A to the Affidavit of Mark D. Stern.

I apologize for this inconvenience.

                          Cordially,

                          *s/ Mark D. Stern*

                          Mark D. Stern

                          Cordially,

                          Mark D. Stern

cc:    Boyd Fulton
        James B. Lampke