# Mark D. Stern, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

May 31, 2007

Civil Clerk George Howarth
United States District Court
　for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Room 1300
Boston, MA 02210

　　　Re: Fulton v. Town of Hull
　　　　　Docket No. 2004 CV 11234 MEL

Dear Mr. Howarth:

Enclosed are two documents I was unable to convert to an acceptable .pdf format:

　　1)　The letter to Mr. Lampke, Exhibit A to Plaintiff's Memorandum; and

　　2)　The resume of Mr. Fugitt; Exhibit A to the Affidavit of Mark D. Stern.

I apologize for this inconvenience.

　　　　　　　　　　　　　　　　Cordially,

　　　　　　　　　　　　　　　　/s/ Mark D. Stern

　　　　　　　　　　　　　　　　Mark D. Stern

EXHIBIT A

# JAMIE K. FUGITT
331 Washington St., Apt. 1
Somerville, MA 02143
(501) 837-3603
jfugitt@law.harvard.edu

## EDUCATION

**Harvard Law School**, Cambridge, MA
Candidate for J.D., June 2009
Activities:  *Harvard Environmental Law Review*, Line Editor, Subciter
Climate Change reading group with Professor Jody Freeman
Environmental Law Society
Running Club, Flag Football

**University of Arkansas**, Fayetteville, AR
B.A., *summa cum laude* in Anthropology, Minors in Communication & Legal Studies, May 2006
Honors:  Phi Beta Kappa
J. William Fulbright Honors Fellowship
Governor's Distinguished Scholar
Activities:  Debate Team (2005-2006)
Intramurals: Flag Football, Basketball, Softball, Dodgeball
Thesis:  *Controlling a Culture: Censorship in Castro's Cuba*

**University of Oxford**, Brasenose College, Oxford, UK
Summer scholar 2005
History and Philosophy of Freedom of Speech; Legal Communication and Culture

**University of Cambridge**, Sidney Sussex College, Cambridge, UK
Summer scholar 2005

## EXPERIENCE

**Kaplan Test Prep**, Cambridge, MA, & Fayetteville, AR
*Teacher*, December 2005 – Present
Named a top teacher in the nation. Taught classes for LSAT, GMAT verbal, GRE verbal, and ACT. Led students in both a classroom and as a tutor.

**Fayetteville Natural Heritage Association**, Fayetteville, AR
*Research Intern*, August 2004 – May 2005
Provided research for a successful $20,000 land conservation grant proposal. Documented potential conservation areas in Fayetteville. Worked with local conservationists, developers, businessmen, and community leaders to develop potential cooperative communication techniques for target property.

**Lewis & Clark Outfitters**, Fayetteville, AR
*Retail Sales*, August 2003 – June 2006
Managed warranty and repair claims for my department. Developed creative problem solving skills.

## INTERESTS

Travel, cooking recipes from Food Network, baseball, Ernest Hemingway, music, fishing