UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 2004 CV 11234 MEL

|  |  |
|---|---|
| BOYD FULTON, )  |  |
|     Plaintiff ) |  |
| ) |  |
| VS. ) |  |
| ) |  |
| TOWN OF HULL, ) |  |
| MASSACHUSETTS ) |  |
|     Defendant ) |  |

**ASSENTED TO MOTION TO EXTEND TIME
FOR FILING OF OPPOSITION TO PLAINTIFF'S MOTION FOR ASSESSMENT OF COSTS, ATTORNEYS FEES AND INTEREST**

Now comes the defendant Town of Hull (Town) in the above captioned matter and with the kind assent of the plaintiff respectfully moves the Court to grant it an extension of time to Monday, July 2, 2007 to file its Opposition to the Plaintiff's Motion for Attorneys Fees, Costs and Interest. The Town assigns among its reasons that it is reviewing the plaintiff's motion and extensive memorandum and additional time is needed to properly respond to same. In addition, other public business necessitating counsel's attention arose and caused a delay in responding to the motion.

Wherefore, the Town respectfully requests the Court extend the time for filing its memorandum in opposition to plaintiff's motion to Monday, July 2, 2007.

assented to:

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Counsel for Plaintiff, | Town of Hull, By its Town Counsel, |
| | |
| *Mark D. Stern, by jbl* | *James B. Lampke* |
| | |
| MARK D. STERN, ESQ. | JAMES B. LAMPKE, ESQ. |
| BBO NO. 479500 | BBO NO. 284280 |
| 34 Liberty Avenue | Town Counsel-town of Hull |
| Somerville, MA 02144 | 115 North Street |
| 617-776-4020 | Hingham, MA  02043 |
| | 781-749-9922 |

Certificate of Service

      I, James B. Lampke, Esq., certify that I have this day served a copy of the within **Assented to Motion to Extend Time for Filing of Opposition To Motion** on the plaintiff via the Court's electronic case filing system by forwarding a copy of same to his attorney of record, Mark D. Stern, Esq., 34 Liberty Avenue, Somerville, MA 02144.

*James B. Lampke*

Date: June 19, 2007      _____

                                        James B. Lampke

hwy\fulton