Fax (617) 776-9250