UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOYD FULTON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF HULL, MASSACHUSETTS,<br>    Defendant | Civil Action No.2004 CV 11234<br>MEL |

**PLAINTIFF'S ASSENTED TO MOTION
TO FILE RESPONSE TO
DEFENDANT'S OPPOSITION TO ATTORNEY'S FEES**

The Plaintiff respectfully requests this Court allow the Plaintiff two weeks to file a brief Reply Memorandum to Defendant's Opposition to Plaintiff's Consolidated Motion for Assessment of Costs Including Reasonable Attorney's Fees.  As reasons the Plaintiff says that the Reply is required to respond to several interpretations of precedent cited by the Defendant and/or to correct several mis-characterized statements of fact not addressed in Plaintiff's Memorandum in chief.  The two weeks are required because:

1.   Plaintiff's Counsel has a Brief due at the Supreme Judicial Court in the same time period; and

2.   Plaintiff's Counsel, Mark D. Stern, and his law student clerk are each on a short holiday breaks with their respective families during the early part of July.

By his attorney,

*Mark D. Stern/s*

                    Mark D. Stern
                    BBO #479500
                    **Mark D. Stern, P.C.**
                    34 Liberty Avenue
                    Somerville, MA 02144
                    Tel. (617) 776-4020
                    Fax  (617) 776-9250
                    email: markdsternpc@rcn.com

Assented to:

*James B. Lampke/s*

James B. Lampke