UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOYD FULTON,<br>　　　Plaintiff<br><br>v.<br><br>TOWN OF HULL, MASSACHUSETTS,<br>　　　Defendant | Civil Action No.2004 CV 11234 MEL |

**AFFIDAVIT OF MARK D. STERN IN SUPPORT OF
DEFENDANT'S OPPOSITION TO ATTORNEY'S FEES**

　　　I, Mark D. Stern, hereby swear under the pain and penalty of perjury that the following statements are true, accurate and complete to the best of my personal knowledge.

1.　　I am counsel for the Plaintiff in this case.

2.　　My office is at the same address as my and my family's residence. It is not however a "home office." It is simply an office at the same address as my home, occupying the entire third floor of the building where my home occupies the first and second floors. It is a fully-equipped, separate space, and is separately insured for premises liability and not covered under my homeowner's policy.

3.　　The fact that my office is the same building as my home provides little or no economies except for the elimination of commuting time. The corporate entity (Mark D. Stern P.C.) that comprises the office pays the same overhead that other lawyers pay regardless of the location of their offices. In 2006, for example, excluding salaries, this included but was not limited to rent ($14,300), taxes and licenses ($10,975), equipment repairs, upgrades and maintenance ($7,108),

employee benefits excluding pension and profit-sharing plans ($6,500), accounting ($3,578), utilities ($4,380), insurance ($2,894), cleaning services ($2,058), supplies ($742), and furniture, books, and updates.

Dated: July 17, 2007

        *Mark D. Stern/s*

        Mark D. Stern
        BBO #479500
        **Mark D. Stern, P.C.**
        34 Liberty Avenue
        Somerville, MA 02144
        Tel. (617) 776-4020
        Fax  (617) 776-9250
        email: markdsternpc@rcn.com