UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET# 04-CV-11234

RE:   **BOYD FULTON v. TOWN OF HULL**

### JUDGMENT

The above entitled action came on before the Court, Lasker, Justice, and thereupon **DECISION ISSUED** on Count IV, **REPORTED SETTLED** on Counts I-III, and **DECISION ISSUED** on attorney's fees and costs.

Wherefore, it is **ORDERED** that a JUDGMENT be filed in the amount of: one thousand, eight hundred and seventy-two dollars ($1,872.00) on Count IV; an additional one thousand dollars ($1,000.00) on Counts I-IV; one thousand, ninety-one dollars and thirty-six cents ($1,091.36) in interest calculated at twelve (12) percent since the filing of the Complaint; and nine thousand, five hundred dollars ($9,500.00) of attorney's fees and costs; for a total judgment of thirteen thousand, four hundred and sixty-three dollars and thirty-six cents ($13,463.36).

Dated 20th day of August, 2007.

George Howarth
Clerk of the Courts